CV 12-00336DAE-BMK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jun 12, 2012
At 3 oclock and OC min P 8

[✔]   ORDER SETTING RULE 16 SCHEDULING CONFERENCE

[]   ORDER SETTING STATUS CONFERENCE

for **Monday, September 10, 2012** at 9:00 a.m. before:

[✔]   Magistrate Judge Barry M. Kurren in Courtroom 7 ✓ ⊦ˠ

[]   Magistrate Judge Kevin S.C. Chang in Courtroom 5

[]   Magistrate Judge Richard L. Puglisi  in Courtrooom 6

Pursuant to Rule 16 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P.") and Local Rule 16.2 of the Rules of the United States District Court for the District of Hawaii:

- Parties are reminded that, unless otherwise ordered by the Court, a meeting of the parties must occur at least 21 days prior to the Scheduling Conference and a report submitted to the Court. Except as otherwise provided by L.R. 26.1(c), no formal discovery may be commenced before the meeting of the parties.
- Each party shall file a Scheduling Conference Statement pursuant to L.R. 16.2(b), and shall attend in person or by counsel.
- Failure to file and/or attend will result in imposition of sanctions, (including fines or dismissal), under Fed.R.Civ.P. 16(f) and L.R. 11.1.

DATED at Honolulu, Hawaii on Tuesday, June 12, 2012.

_____/s/ Susan Mollway_____
Chief, U.S. District Judge

I hereby acknowledge receipt of the Order Setting Rule 16 Scheduling Conference.

Date_____June 12, 2012_____      Signature _mail_____
                                                Atty ( ) Secy ( ) Messenger ( )

**THIS  SCHEDULING ORDER IS ATTACHED TO THE INITIATING DOCUMENT (COMPLAINT/NOTICE OF REMOVAL) & MUST BE SERVED WITH THE DOCUMENT.  PLEASE DO NOT REMOVE.**