```
Court Name: U.S DISTRICT COURT HAWAII
Division: 1
Receipt Number: HI004146
Cashier ID: lg
Transaction Date: 06/12/2012
Payer Name: GEORGE K YOUNG JR

CIVIL FILING FEE
  For: GEORGE K YOUNG JR
  Case/Party: D-HIX-1-12-CV-000336-001
  Amount:         $350.00

CHECK
  Remitter: GEORGE K YOUNG JR
  Check/Money Order Num: 500012756
  Amt Tendered:   $350.00

Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

CV 12-00336DAE-BMK


A FEE OF $53.00 WILL BE CHARGED FOR
ANY RETURNED CHECK.
```