ORIGINAL

HID 440 (Rev. 12/09) Summons in a Civil Action

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 12 2012

at 5 o'clock and 00 min. P M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| | |
|---|---|
| George K. Young, Jr.  Pro Se  <br>  *Plaintiff*  <br>  v.  <br> State of Hawaii, Neil Abercrombie, David M. Louie, William P. Kenoi, Harry S. Kubojiri  <br>  *Defendant* | ) ) ) ) ) ) ) ) ) <br> Civil Action CV 12 00336 DAE BMK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  David M. Louie
Hawaii State Attorney General
425 Queen Street
Honolulu, Hawaii 96813

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    GEORGE K. YOUNG, JR.
Pro Se - Plaintiff
1083 Apono Place
Hilo, Hawaii 96720

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUE BEITIA
CLERK OF COURT

Date: JUN 12 2012

*Signature of Clerk or Deputy Clerk*