## CERTIFICATE

This is to confirm that an original copy of Complaint **CV12 00336 DAE BMK**, officially filed with the court on 12 June 2012, was delivered to defendant **Harry S. Kubojiri**, at 349 Kapiolani Street, Hilo, Hawaii 96720 on 18 June 2012 by the United States Postal Service, Express Mail, Register No. **EI079870978US.**

*George K. Young, Jr.*
Plaintiff, Pro Se
21 June 2012

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Harry S. Kubojiri
   Chief of Police, County of Hawaii
   349 Kapiolani Street
   Hilo, HI 96720

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *L. Petersen*  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): LYNN V. PETERSEN
C. Date of Delivery: 6-18-12
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type:
   ☐ Certified Mail  ☑ Express Mail
   ☐ Registered     ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): EI079870978US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**George K. Young Jr.**
**1083 Apono Place**
**Hilo, Hawaii 96720**