FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 22 2012

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

# CERTIFICATE

This is to confirm that an original copy of Complaint **CV12 00336 DAE BMK,** officially filed with the court on 12 June 2012, was delivered to defendant **William P Kenoi,** at 25 Aupuni Street, Hilo, Hawaii 96720 on 18 June 2012 by the United States Postal Service, Express Mail, Registe3r No. **EI079871015US.**

George K. Young, Jr.
Plaintiff, Pro Se
21 June 2012

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William P. Kenoi
Mayor, County of Hawaii
25 Aupuni Street
Hilo, Hi 96720

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X R. Wah Yick    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): R. Wah Yick
C. Date of Delivery: 6-18-12

D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

3. Service Type: ☐ Certified Mail ☒ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): EI079871015US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**George K. Young Jr.
1083 Apono Place
Hilo, Hawaii 96720**