FILED IN
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 22 2012

at __1__ o'clock and __20__ min. __PM__
SUE BEITIA, CLERK

# CERTIFICATE

This is to confirm that an original copy of Complaint **CV12 00336 DAE BMK,** officially filed with the court on 12 June 2012, was delivered to defendant **David M. Louie**, at 425 Queen Street, Honolulu Hawaii 96813, on 18 June 2012 by the United States Postal Service, Express Mail, Register No. **EI079870981US.**

*George K. Young, Jr.*
Plaintiff, Pro Se
21 June 2012

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   DAVID M. LOUIE
   STATE ATTORNEY GENERAL
   425 QUEEN STREET
   HONOLULU, HAWAII 96813

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☒ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   **EI079870981US**

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**George K. Young Jr.
1083 Apono Place
Hilo, Hawaii 96720**