FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 2 2012

at _1_ o'clock and _2_ min. PM
SUE BEITIA, CLERK

## CERTIFICATE

This is to confirm that an original copy of Complaint **CV12 00336 DAE BMK,** officially filed with the court on 12 June 2012, was delivered to defendant **Neil Abercrombie**, at State of Hawaii, Executive Chambers, State Capitol, Honolulu Hawaii 96813, on 18 June 2012 by the United States Postal Service, Express Mail, Register No. **EI079871001US.**

George K. Young, Jr.
Plaintiff, Pro Se
21 June 2012

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Neil Abercrombie
    State of Hawaii
    Executive Chambers
    State Capitol
    Honolulu, Hawaii 96813

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: *Wayne Dang*  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Wayne Dang
C. Date of Delivery: JUN 18 2012
D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

3. Service Type:
   ☐ Certified Mail   ☒ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): **EI079871001US**

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**George K. Young Jr.
1083 Apono Place
Hilo, Hawaii 96720**