ORIGINAL

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 26 2012

at 3 o'clock and 10 min. PM
SUE BEITIA, CLERK

Civil Action No. CV12 00336 BAE BMK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NEIL ABERCROMBIE, GOVERNOR, STATE OF HAWAII

was received by me on *(date)* 07/24/12 AT 0103 Hrs.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* BRUCE A. COPPA, CHIEF OF STAFF, who is designated by law to accept service of process on behalf of *(name of organization)* NEIL ABERCROMBIE, GOVERNOR, STATE OF HAWAII on *(date)* 07/24/12 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 25.00 for travel and $ 0 for services, for a total of $ 35.00

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

HOMER L. KURODA, PRIV. CIVIL PROC. SERVER
*Printed name and title*

X Bruce A Coppa
Bruce A Coppa
Chief of Staff

1750 KALAKAUA AVE, #11-593
HON, HI, 96826  PH. 497-3772
*Server's address*

Additional information regarding attempted service, etc:

7/24/12 - 10:30 AM