FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 26 2012
at 3 o'clock and 10 min P M
SUE BEITIA, CLERK

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV12-00336 DAB BMK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DAVID M. LOUIE, HAWAII STATE ATTORNEY GENERAL
was received by me on *(date)* 07/24/12 AT 01020 HRS.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* KENDALL J. MOSER, DEPUTY ATTORNEY GENERAL, who is designated by law to accept service of process on behalf of *(name of organization)* DAVID M. LOUIE, HAWAII STATE ATTORNEY GENERAL on *(date)* 07/24/12 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 25.00 for travel and $ 2.50 for services, for a total of $ $27.50 .

I declare under penalty of perjury that this information is true.

Date: 07/24/12

Server's signature

HOMER L. KURODA, PRIV. CIVIL PROC. SERVER
Printed name and title

1750 KALAKAUA AVE. #21-593
HON. HI 96826 PH. 497-3772
Server's address

X Kendall J. Moser
Kendall J. Moser
Deputy Attorney General
July 24, 2012
10:20 a.m.

Additional information regarding attempted service, etc: