IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 03 2012

at 3 o'clock and 35 min. ___
SUE BEITIA, CLERK

| | |
|---|---|
| IN THE MATTER OF CIVIL CASES BEFORE SENIOR DISTRICT JUDGE DAVID ALAN EZRA | ) ) ) ) ) ) |

## ORDER REFERRING CASES BEFORE
## SENIOR DISTRICT JUDGE DAVID ALAN EZRA

Because of this Court's anticipated departure via designation by the Chief Justice of the United States Supreme Court to a mainland district, and pursuant to discussions held between the district judges of this district, the Court finds that the following cases are ripe for reassignment to another district judge.

1. Galario, et al. v. Adewundmi, et al., Cv. No. 07-00159 DAE-KSC

2. BlueEarth Biofuels LLC v. Hawaiian Electric Company Inc., et al., Cv. No. 09-00181 DAE-KSC

3. Trustees of the Estate of Bernice Pauahi Bishop v. Island Cement LLC, et al., Cv. No. 09-00351 DAE-BMK

4. Estate of Agnes P. Tahilan v. Friendly Care Home Health Services, Inc., et al., Cv. No. 09-00430 DAE-RLP

5. Stephens v. Lee, et al., Cv. No. 09-00484 DAE-KSC

6. Newcomb v. Cambridge Home Loans, Inc., et al., Cv. No. 09-00567 DAE-KSC

7. Pacarro v. Peter Lik Waikiki, Inc., et al., Cv. No. 10-00345 DAE-BMK

8. <u>The Queens Medical Center v. Hong, et al.</u>, Cv. No. 10-00452 DAE-KSC

9. <u>Bohn v. McManaman</u>, Cv. No. 10-00680 DAE-RLP

10. <u>Hofelich v. State of Hawaii, et al.</u>, Cv. No. 11-00034 DAE-BMK

11. <u>Lefavor v. East</u>, Cv. No. 11-00046 DAE-KSC

12. <u>McAllister v. Hawaiiana Management Company, Ltd.</u>, Cv. No. 11-00056 DAE-KSC

13. <u>Landry v. Watson Pharmaceuticals, Inc.</u>, Cv. No. 11-00097 DAE-KSC

14. <u>Anderson v. Central Pacific HomeLoans, Incorporated, et al.</u>, Cv. No. 11-00100 DAE-BMK

15. <u>Sataraka, et al. v. Hawaiian Airlines, Inc., et al.</u>, Cv. No. 11-00270 DAE-RLP

16. <u>Mattos v. Laurus Funding Group, Inc., et al.</u>, Cv. No. 11-00275 DAE-RLP

17. <u>Russell v. BAC Home Loans Servicign, LP, et al.</u>, Cv. No. 11-00277 DAE-KSC

18. <u>Nautilus Insurance Company v. 3 Builders, Inc.</u>, Cv. No. 11-00303 DAE-RLP

19. <u>Cambron v. Starwood Vacation Ownership, Inc.</u>, Cv. No. 11-00326 DAE-KSC

20. <u>Hoilien v. ONEWEST Bank, FSB, et al.</u>, Cv. No. 11-00357 DAE-RLP

21. <u>Furgatch v. OneWest Bank, FSB, et al.</u>, Cv. No. 11-00363 DAE-KSC

22. <u>Hooten v. Altres Staffing, Inc., et al.</u>, Cv. No. 11-00469 DAE-BMK

23. Edwards v. Costco Wholesale Corporation, et al., Cv. No. 11-00473 DAE-KSC

24. Allstate Insurance Company, et al. v. Polumbo, Cv. No. 11-00481 DAE-KSC

25. Soper, et al. v. Kayak Wailua, LLC, et al., Cv. No. 11-00518 DAE-BMK

26. G. et al. v. State of Hawaii, Department of Education, et al., Cv. No. 11-00523 DAE-BMK

27. Bass v. Ostachuk, et al., Cv. No. 11-00524 DAE-KSC

28. Third World Media, LLC v. Morita, et al., Cv. No. 11-00536 DAE-RLP

29. Buentipo v. State Farm Mutual Automobile Insurance Company, et al., Cv. No. 11-00539 DAE-KSC

30. Doe, et al. v. State of Hawaii, et al, Cv. No. 11-00550 DAE-KSC

31. Anderson, et al. v. CitiMortgage, Inc., et al., Cv. No. 11-00583 DAE-RLP

32. E.E.O.C. v. Hawaiian Electric Company, Inc., Cv. NO. 11-00592 DAE-KSC

33. Price v. Safeway, Inc., et al., Cv. No. 11-00602 DAE-KSC

34. Trustees of the Operating Engineers' Trust Funds v. Foxx Trucking, LLC, Cv. No. 11-00658 DAE-KSC

35. Kaupo Mauka, LLC v. Owali Heirs and Assigns, et al., Cv. No. 11-00698 DAE-BMK

36. Chartis Insurance UK Ltd v. CAE USA, Inc., Cv. No. 11-00700 DAE-BMK

37. RLM Business Solutions, Inc., et al. v. Procon Fleet Services, LLC, et al., Cv. No. 11-00712 DAE-KSC

38. <u>Pacific Stock, Inc. v. MacArthur & Company, Inc., et al.</u>, Cv. No. 11-00720 DAE-BMK

39. <u>Hawaii Carpenters Trust Funds v. Forward Construction, LLC, et al.</u>, Cv. No. 11-00728 DAE-KSC

40. <u>Loher v. Thomas</u>, Cv. No. 11-00731 DAE-KSC

41. <u>Northern Assurance Company of America v. Bucci, et al.</u>, Cv. No. 11-00752 DAE-RLP

42. <u>Elderts, et al. v. Deedy</u>, Cv. No. 11-00773 DAE-BMK

43. <u>B. v. State of Hawaii, Department of Education, et al.</u>, Cv. No. 11-00774 DAE-BMK

44. <u>Aurora Bank FSB v. Bradbury, et al.</u>, Cv. No. 11-00788 DAE-KSC

45. <u>State of Hawaii, Department of Education v. Ria L.</u>, Cv. No. 12-00007 DAE-KSC

46. <u>Virchinsky v. Mutual of Omaha Insurance Co.</u>, Cv. No. 12-00025 DAE-BMK

47. <u>Kepilino v. State of Hawaii, Department of Transportation, et al.</u>, Cv. No. 12-00066 DAE-BMK

48. <u>Cornelio v. Hirano, et al.</u>, Cv. No. 12-00072 DAE-RLP

49. <u>Shanghai Ocean Shipping Co. et al. v. United States of America</u>, Cv. No. 12-00082 DAE-KSC

50. <u>Liberty Mutual Insurance Co. v. CTS Earthmoving, Inc., et al.</u>, Cv. No. 12-00089 DAE-KSC

51. <u>Adric v. Young Brothers, Ltd.</u>, Cv. No. 12-00094 DAE-BMK

52. Brooks v. Smith, Cv. No. 12-00160 DAE-KSC

53. Osurman v. Longs Drug Stores California LLC, et al., Cv. No. 12-00178 DAE-BMK

54. Jawmin LLC v. Wescorp Pacific Sandalwood Pty. Ltd., Cv. No. 12-00193 DAE-BMK

55. Doran, et al. v. North Hawaii Community Hospital, Inc., et al., Cv. No. 12-00196 DAE-BMK

56. The Bank of New York Mellon v. Gillette, et al., Cv. No. 12-00202 DAE-BMK

57. K. v. Department of Education, State of Hawaii, Cv. No. 12-00240 DAE-RLP

58. Castillo, et al. v. Mortgage Electronic Systems, Inc., et al., Cv. No. 12-00261 DAE-KSC

59. Lee v. Liu, et al., Cv. No. 12-00281 DAE-KSC

60. Tia v. Antonio, et al., Cv. No. 12-00295 DAE-KSC

61. HSBC Bank USA v. Uy, et al., Cv. No. 12-00296 DAE-KSC

62. United States of America v. Real Property et al., Cv. No. 12-00305 DAE-BMK

63. Weatherproofing Technologies, Inc., et al. v. Webco, et al., Cv. No. 12-00309 DAE-KSC

64. Caspino v. Frank, et al., Cv. No. 12-00310 DAE-BMK

65. Gomes v. Bank of America, N.A. et al., Cv. No. 12-00311 DAE-BMK

66. BMW of North America, LLC, et al. v. Mini Coupe Hawaii, LLC et al., Cv.

No. 12-00331

67. <u>Young v. State of Hawaii, et al.</u>, Cv. No. 12-00336 DAE-BMK

68. <u>DeShaw, et al. v. Countrywide Home Loans, Inc., et al</u>, Cv. No. 12-00338 DAE-BMK

69. <u>Amano v. Bank of America, N.A., et al.</u>, Cv. No. 12-00344 DAE-BMK

These matters are hereby referred to the Clerk of the Court for random reassignment.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 3, 2012.

_____
David Alan Ezra
United States District Judge