LINCOLN S. T. ASHIDA  4478
Corporation Counsel

MICHAEL J. UDOVIC  5238
KIMBERLY K. ANGAY   7968
Deputies Corporation Counsel
County of Hawaiʻi
333 Kīlauea Avenue, 2nd Floor
Hilo, Hawaiʻi 96720
Telephone: 961-8251
Facsimile:  961-8622
E-mail: mudovic@co.hawaii.hi.us
Attorneys for Defendants WILLIAM P. KENOI
    AND HARRY KUBOJIRI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| GEORGE K. YOUNG, JR. | CIVIL NO. CV12-00336 DAE/BMK |
|---|---|
| *Pro Se* PLAINTIFF | |
| vs. | DEFENDANTS WILLIAM P. KENOI AND HARRY KUBOJIRI'S MOTION TO DISMISS; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE |
| STATE OF HAWAIʻI and NEIL ABERCROMBIE in his capacity as Governor of the State of Hawaiʻi; DAVID M. LOUIE in his capacity as State Attorney General; COUNTY OF HAWAIʻI, as a sub-agency of the State of Hawaiʻi and WILLIAM P. KENOI in his capacity as Mayor of the County of Hawaiʻi; and the Hilo County Police Department, as a sub-agency of the County of Hawaiʻi and HARRY S. KUBOJIRI in his capacity as Chief of Police; JOHN DOES 1-25; JANE DOES 1-25; CORPORATIONS 1-5, AND DOE ENTITIES 1-5. | **HEARING MOTION** |
| DEFENDANTS | |

## **DEFENDANTS WILLIAM P. KENOI AND HARRY KUBOJIRI'S MOTION TO DISMISS**

Defendants William P. Kenoi and Harry S. Kubojiri, by and through their undersigned counsel, hereby move this Honorable Court for an Order dismissing this case on the grounds that Plaintiff George K. Young, Jr. failed to state causes of action in his Complaint for Deprivation of Civil Rights filed June 12, 2012.

This motion is based on Rules 7 and 12(b)(6) of the Federal Rules of Civil Procedure, the Memorandum in Support of Motion, the records and files herein and the argument to be elicited upon hearing of this motion.

Dated: Hilo, Hawai'i, August 10, 2012.

> WILLIAM P. KENOI AND HARRY S. KUBOJIRI, Defendants
>
> By   /s/ Michael J. Udovic
>     MICHAEL J. UDOVIC
>     Deputy Corporation Counsel
>     Their Attorney