IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| GEORGE K. YOUNG, JR.<br><br>*Pro Se* PLAINTIFF<br><br>vs.<br><br>STATE OF HAWAIʻI and NEIL ABERCROMBIE in his capacity as Governor of the State of Hawaiʻi; DAVID M. LOUIE in his capacity as State Attorney General; COUNTY OF HAWAIʻI, as a sub-agency of the State of Hawaiʻi and WILLIAM P. KENOI in his capacity as Mayor of the County of Hawaiʻi; and the Hilo County Police Department, as a sub-agency of the County of Hawaiʻi and HARRY S. KUBOJIRI in his capacity as Chief of Police; JOHN DOES 1-25; JANE DOES 1-25; CORPORATIONS 1-5, AND DOE ENTITIES 1-5.<br><br>            DEFENDANTS | CIVIL NO. CV12-00336 DAE/BMK<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was served upon the following, on the date and by the method of service noted below:

Served via U.S. Postal Service:              August 10, 2012

      GEORGE K. YOUNG, JR.
      1083 Apono Place
      Hilo, Hawaiʻi 96720
          Plaintiff Pro Se

                                         /s/ Michael J. Udovic
                                    MICHAEL J. UDOVIC
                                    Deputy Corporation Counsel