DAVID M. LOUIE        2162
Attorney General of Hawaii

JOHN M. CREGOR, JR.      3968
CARON M. INAGAKI       3835
Deputy Attorneys General
Department of the Attorney
   General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
E-Mail: John.M.Cregor@hawaii.gov

Attorneys for State Defendants
STATE OF HAWAII; NEIL ABERCROMBIE,
In his Official Capacity as Governor of Hawaii;
and DAVID M. LOUIE, in his Official Capacity
as Attorney General of Hawaii

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GEORGE K. YOUNG, JR., | CIVIL NO. CV 12-00336 DAE-BMK |
| Plaintiff, | **DEFENDANTS STATE OF HAWAII; NEIL ABERCROMBIE, In his Official Capacity as Governor of Hawaii; and DAVID M. LOUIE's, in his Official Capacity as Attorney General of Hawaii, MOTION TO DISMISS; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE** |
| vs. | |
| STATE OF HAWAII and NEIL ABERCROMBIE in his capacity as Governor of the State of Hawaii; DAVID M. LOUIE in his capacity as State Attorney General; COUNTY OF HAWAII, as a sub-agency of the State of Hawaii and WILLIAM P. KENOI in his capacity as Mayor of the County of Hawaii; and the Hilo County Police Department, as a sub-agency of the County of Hawaii and HARRY S. | |
| | No Trial Set |

472518_1

KUBOJIRI in his capacity as Chief of Police; JOHN DOES 1-25; JANE DOES 1-25; CORPORATIONS 1-5; and DOE ENTITIES 1-5,

Defendants.

**DEFENDANTS STATE OF HAWAII; NEIL ABERCROMBIE, In his Official Capacity as Governor of Hawaii; and DAVID M. LOUIE's, in his Official Capacity as Attorney General of Hawaii, MOTION TO DISMISS**

Defendants State of Hawaii, Neil Abercrombie, in his official capacity as Governor of Hawaii; and David M. Louie, in his official capacity as Attorney General of Hawaii (collectively "Defendants"), by and through their attorneys, David M. Louie, Attorney General of Hawaii, and Caron M. Inagaki and John M. Cregor, Jr., Deputy Attorneys General, hereby moves this Court for an order dismissing Plaintiff's Complaint for Deprivation of Civil Rights, filed June 12, 2012.

This motion is made pursuant to Rules 7, 8(a), 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and is based on the memorandum in support of motion, the records and files herein, and the arguments at the hearing of this motion.

DATED:  Honolulu, Hawaii, August __16__, 2012.

STATE OF HAWAII

DAVID M. LOUIE
Attorney General of Hawaii

_____
CARON M. INAGAKI
Deputy Attorney General

_____
JOHN M. CREGOR, JR.
Deputy Attorney General

Attorney for Defendants
STATE OF HAWAII; NEIL ABERCROMBIE,
In his Official Capacity as Governor of
Hawaii; and DAVID M. LOUIE, in his
Official Capacity as Attorney General of
Hawaii