IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GEORGE K. YOUNG, JR., <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF HAWAII and NEIL ABERCROMBIE in his capacity as Governor of the State of Hawaii; DAVID M. LOUIE in his capacity as State Attorney General; COUNTY OF HAWAII, as a sub-agency of the State of Hawaii and WILLIAM P. KENOI in his capacity as Mayor of the County of Hawaii; and the Hilo County Police Department, as a sub-agency of the County of Hawaii and HARRY S. KUBOJIRI in his capacity as Chief of Police; JOHN DOES 1-25; JANE DOES 1-25; CORPORATIONS 1-5; and DOE ENTITIES 1-5, <br><br> Defendants. | CIVIL NO. CV 12-00336 DAE-BMK <br><br> **CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated below, a copy of the foregoing document was served on the following parties at their last-known addresses by means of either depositing said copy in the United States mail, postage prepaid, or served electronically through CM/ECF as follows:

472518_1

GEORGE K. YOUNG, JR.          Via Mail
1083 Aponi Place
Hilo, Hawaii 96720

Plaintiff *Pro Se*

MICHAEL J. UDOVIC            mudovic@co.hawaii.hi.us
KIMBERLY K. ANGAY
Deputies Corporation Counsel
County of Hawaii
333 Kilauea Avenue, 2nd Floor
Hilo, Hawaii 96720

Attorneys for Defendants
WILLIAM P. KENOI and HARRY KUBOJIRI

DATED: Honolulu, Hawaii, August 16, 2012.

                STATE OF HAWAII

                DAVID M. LOUIE
                Attorney General of Hawaii

                /s/ JOHN M. CREGOR, JR.
                JOHN M. CREGOR, JR.
                Deputy Attorney General

                Attorney for Defendants
                STATE OF HAWAII; NEIL ABERCROMBIE,
                In his Official Capacity as Governor of
                Hawaii; and DAVID M. LOUIE, in his
                Official Capacity as Attorney General of
                Hawaii