LINCOLN S. T. ASHIDA  4478
Corporation Counsel

MICHAEL J. UDOVIC  5238
KIMBERLY K. ANGAY   7968
Deputies Corporation Counsel
County of Hawaiʻi
333 Kīlauea Avenue, 2nd Floor
Hilo, Hawaiʻi 96720
Telephone: 961-8251
Facsimile:  961-8622
E-mail: kangay@co.hawaii.hi.us
Attorneys for Defendants WILLIAM P. KENOI
    AND HARRY S. KUBOJIRI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| GEORGE K. YOUNG, JR.<br><br>Pro Se PLAINTIFF<br><br>vs.<br><br>STATE OF HAWAIʻI and NEIL ABERCROMBIE in his capacity as Governor of the State of Hawaiʻi; DAVID M. LOUIE in his capacity as State Attorney General; COUNTY OF HAWAIʻI, as a sub-agency of the State of Hawaiʻi and WILLIAM P. KENOI in his capacity as Mayor of the County of Hawaiʻi; and the Hilo County Police Department, as a sub-agency of the County of Hawaiʻi and HARRY S. KUBOJIRI in his capacity as Chief of Police; JOHN DOES 1-25; JANE DOES 1-25; CORPORATIONS 1-5, AND DOE ENTITIES 1-5.<br><br>      DEFENDANTS | CIVIL NO. CV12-00336 HG/BMK<br><br>DEFENDANTS WILLIAM P. KENOI AND HARRY S. KUBOJIRI'S NOTICE OF APPEARANCE OF CO-COUNSEL; CERTIFICATE OF SERVICE |
|---|---|

## DEFENDANTS WILLIAM P. KENOI AND HARRY S. KUBOJIRI'S NOTICE OF APPEARANCE OF CO-COUNSEL

COMES NOW KIMBERLY K. ANGAY, Deputy Corporation Counsel, Office of the Corporation Counsel, and hereby makes an appearance as co-counsel for Defendants WILLIAM P. KENOI and HARRY S. KUBOJIRI.

Dated: Hilo, Hawaiʻi, August 21, 2012.

                                            WILLIAM P. KENOI and HARRY S. KUBOJIRI, Defendants

                                            By   /s/ Kimberly K. Angay
                                                KIMBERLY K. ANGAY
                                                Deputy Corporation Counsel
                                                Their Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| GEORGE K. YOUNG, JR.<br><br>*Pro Se* PLAINTIFF<br><br>       vs.<br><br>STATE OF HAWAIʻI and NEIL ABERCROMBIE in his capacity as Governor of the State of Hawaiʻi; DAVID M. LOUIE in his capacity as State Attorney General; COUNTY OF HAWAIʻI, as a sub-agency of the State of Hawaiʻi and WILLIAM P. KENOI in his capacity as Mayor of the County of Hawaiʻi; and the Hilo County Police Department, as a sub-agency of the County of Hawaiʻi and HARRY S. KUBOJIRI in his capacity as Chief of Police; JOHN DOES 1-25; JANE DOES 1-25; CORPORATIONS 1-5, AND DOE ENTITIES 1-5.<br><br>             DEFENDANTS | CIVIL NO. CV12-00336 HG/BMK<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was served upon the following, on the date and by the method of service noted below:

Served via U.S. Postal Service:

GEORGE K. YOUNG, JR.                               August 21, 2012
1083 Apono Place
Hilo, Hawaiʻi 96720
        Plaintiff Pro Se

<u>Served electronically through CM/ECF</u>:

JOHN M. CREGOR, JR., ESQ.  August 21, 2012
John.M.Cregor@hawaii.gov
      Attorney for State of Hawaiʻi

      <u>/s/ Kimberly K. Angay</u>
      KIMBERLY K. ANGAY
      Deputy Corporation Counsel