# MINUTES ORDER

CASE NUMBER:   CV NO. 12-00336HG-BMK

CASE NAME:   George K. Young, Jr. Vs. State of Hawaii,
Neil Abercrombie, David M. Louie, County
of Hawaii, William F. Kenoi, Hilo County
Police Department, Harry S. Kubojiri, John
Does 1-25, Jane Does 1-25, Doe
Corporations 1-5 and Doe Entities 1-5

ATTYS FOR PLA:   George K. Young, Jr., Pro Se

ATTYS FOR
DEFT:   John M. Cregor, Jr., Esquire
Michael J. Udovic, Esquire
Kimberly K. Angay, Esquire

INTERPRETER:

---

JUDGE:  Helen Gillmor     REPORTER:

DATE:  08/23/2012     TIME:

---

COURT ACTION:

EO: On August 10, 2012, Defendants William P. Kenoi and
Harry S. Kubojiri's filed a Motion to Dismiss (Doc. 23) and
On August  16, 2012, Defendants Neil Abercrombie, David M.
Louie, and State of Hawaii filed a Motion to Dismiss (Doc.
25)

    Plaintiff is to file an Opposition on or before
Friday, September 7, 2012.  Defendant is to file a Reply on
or before Monday, October 1, 2012.

    Pursuant to Local Rule 7.2 (d), the Court elects to
decide the motion on the pleadings without a hearing.

Submitted by Leslie L. Sai, Courtroom Manager