

GEORGE K. YOUNG, JR.
1083 Apono Place
Hilo, Hawaii 96720-2701
Tel: (808)959-5488
Cellphone: (808) 895-1735
Email: Yorozuyo@aol.com

*Pro Se*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 06 2012

at 12 o'clock and 45 min P M.
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GEORGE K. YOUNG, JR.<br><br>**PLAINTIFF    Pro Se**<br><br><br>v.<br><br>State of Hawaii; NEIL ABERCROMBIE, Governor, in his official and individual capacity; DAVID M. LOUIE, State Attorney General in his official and individual capacity; WILLIAM P. KENOI, Mayor, County of Hawaii, in his official and individual capacity and HARRY S. KUBOJIRI, Chief of Police, County of Hawaii, in his official and individual capacity; JOHN DOES 1-25; JANE DOES 1-25; Corporations 1-5, and DOE Entities 1-5<br>            **DEFENDANTS** | Civil No.: CV12-00336-HG BMK<br><br>**PLAINTIFF'S MOTION OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S WILLIAM P. KENOI, HARRY S. KUBOJIRI, NEIL ABERCROMBIE AND DAVID M. LOUIE'S MOTION TO DISMISS**<br><br>Judge: Helen Gillmor<br>Magistrate Judge: Barry M. Kurren |

1