# **TABLE OF CONTENTS**

1. Table of Authorities

2. Plaintiffs Memorandum of Points and Authorities in Opposition to Defendants Motion to Dismiss..................................................................................................2

3. Introduction..............................................................................................................2

4. Argument I-The Second Amendment is a Constitutional Right to Keep and Bear Arms.

   A. The "Exceptional Case" and "Sufficient Urgency" Requirements of Hawaii H.R.S. 134-9 Violates the Second Amendment.........................................................7

   B. Second Amendment Is Not Limited to Within the Home and On Personal Property..................................................................................................................12

5. Argument II-Title 42 U.S.C. 1983 Lawsuit

   A. Determining Legal Grounds for a 42 U.S.C. Suit............................................20

   B. Fourteenth Amendment "Due Process" Protection Level of Review...........25

   c. Sovereign Immunity is Abrogated..................................................................29

   D. Areas of Dispute and of Complaint……………………………………………..33

6. III - CONCLUSION

# TABLE OF AUTHORITIES

## CASES

Abbott Laboratories v. Gardner, 387 U.S. 136(1967)..................................22

Adarand Constructors v. Pena, 515 U.S. 200(1995)..................................26

Bantam Books, Inc. v. Sullivan, 372 U.S. 58, 67(1963).............................5,34

Bates v. Little Rock, 361 U.S. 516(1960)..................................................12

Barker v. Wingo, 407 U.S. 514(1972)......................................................25

Bason, 303 F.3d at 511(4th Cir. 2002).....................................................25

Brandenburg v. Ohio, 395 U.S. 444 (1969)................................................6

Bridges v. California, 314 U.S. 252(1941)..................................................6

Buckley v. Valeo, 424 U.S. 64,65(1976)...................................................12

Carroll v. Princess Ann, 393 U.S. 175(1968).............................................23

City of Boerne v. Flores, 521 U.S. 507(1997).........................................30,31

Conley v. Gibson, 355 U.S. 41,45-46(1957)..............................................41

Craig v. Hamey, 331 U.S. 367(1947)..................................................6

Crosby v. National Foreign Trade Council, 530 U.S. 363..................................17

Elrod, Sheriff, et al v. Burns, et al, 427 U.S. 347(1976)..................................5,25,34

Fitzpatrick v. Bitzer, 427 U.S. 445(1976)..................................29

Graham v. Richardson, 403 U.S. 365(1971)..................................27

Guillory v. County of Orange, 731 F.2d 1379(9th Cir. 04/25/1984)..................................33

Hudson v. Michigan, 547 U.S. 586(2006)..................................25

Kusper v. Pontikes, 414 U.S. 51(1973)..................................12

Mapp v. Ohio, 367 U.S. 659(1961)..................................25

McDonald v. City of Chicago, 561 U.S.___(2010)..................................passim

Medimmune v. Genentech, Inc., 549 U.S. 118(2007)..................................22

Miranda v. Arizona, 384 U.S. 436(1966)..................................25

Morrison v. Jones, 607 F.3d 1269(9th Cir. 1979), 445 U.S. 962,

64 L.Ed. 2d 237, 100 S. Ct. 1648(1980)..................................33

Murdock v. Pennsylvania, 319 U.S. 105..................................9

NAACP v. Alabama, 357 U.S. 449(1958)..................................................................12

NAACP v. Button, 371 U.S. 415(1963)....................................................................12

Near v. Minnesota, 283 U.S. 679(1931)...............................................................23,24

New York Times Co. v. United States, 430 U.S. 713(1971).................................5,34

Nunn v. State, 1 Ga. 243(1846)...............................................................................36

Pennekamp v. Florida, 328 U.S. 331(1946)..............................................................6

Schenck v. United States, 249 U.S. 47(1919)...................................................6,23,24

Sheuer v. Rhodes, 416 U.S. 232(1974)....................................................................41

Sherbert v. Verner, 374 U.S. 398(1963)..............................................................26,34

State v. Chandler, 5 La. Ann 489,490(1850)...........................................................36

State v. Kerner, 181 N.C. 574, 107 S.E. 222(1921).................................................18

State v. Reid, 1 Ala. 612, 616-617(1840).................................................................36

Steffel v. Thompson, 415 U.S. 452(1974)................................................................22

Sterling v. Constantin, 287 U.S. 397-398(1932).....................................................41

Sugarman v. Dougall, 413 U.S. 634(1973)..........................................................26,27

Thomas v. Collins, 323 U.S. 516(1945).................................................12

Terrance v. Thompson, 263 U.S. 197(1923).......................................22

United States v. Leon, 468 U.S.897(1984)..........................................25

United States v. Masciandaro, 638 F.3d 472(4thCir. 2011)............17,32

United States v. Miller, 307 U.S. 174(1939).........................................13

Washington, D.C. v. Heller, 554 U.S.570(2008)...........................passim

Williams v. Rhodes, 393 U.S. 23(1968)................................................12

Woollard v. Sheridan, U.S. District Court

For The District of Maryland(2012).....................................................17

Yick Wo v. Hopkins, 118 U.S. 356(1886)................................................9

Young v. State, 548 F.Supp.2d 1151(2008).........................................11

## AUTHORITIES

United States Constitution(1789).......................................................28

United States Constitution, Article I (1789)..................................................5

United States Constitution, Article V (1789)..................................................5,9

United States Constitution, Article VI (1789)..................................................passim

United States Constitution, Fourteenth Amendment, Sec. 5..........................29,30

United States Bill of rights..................................................28

United States Declaration of Independence..................................................28

42 U.S.C. 1983..................................................20

Federalist No. 33, Jan. 2, 1788(Alexander Hamilton)..........................17

Federalist No. 44, Jan 25, 1788(James Madison)..................................17

The Militia, Title 10, Subtitle A, Part I, Chapter 13,

Subsection 311(10 U.S.C. 311)..................................................14

Hawaii State Constitution, Article 17..................................................35

Hawaii Revised Statute 134..................................................passim

Hawaii Revised Statute 134-9..................................................passim

# **REFERENCE**

Blackstone's Commentaries 145,146, n.42(1803)......................................6

The Doctrine of Prior Restraint, Thomas I. Emerson,

Yale Law School, Yale Law School Faculty Scholarship(1955)....................23