George K Young, Jr.
1083 Apono Place
Hilo, Hawaii 96720

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 06 2012
DISTRICT OF HAWAII

**EXPRESS MAIL**

PRESS HARD. YOU ARE MAKING 3 COPIES.

ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code: 96720
Date Accepted: 9/5/12
Time Accepted: 09:41 AM
Flat Rate or Weight: 1 lb 12 ozs

Day of Delivery: THU
Scheduled Date of Delivery: 9/6
Scheduled Time of Delivery: 3 PM
Military: 2nd Day / 3rd Day

Postage: $17.40
Return Receipt Fee: $2.35
COD Fee:
Insurance Fee:
Total Postage & Fees: $19.75
Acceptance Emp. Initials: [initials]

EI 449555284 US

FROM: George Young
1083 Apono Pl.
Hilo, HI 96720

TO: US District Court
Rm. C338
300 Ala Moana Blvd.
Honolulu, HI 96850

ZIP+4: 96850

U.S. POSTAGE PAID
HILO, HI
96720
SEP 05, 12
AMOUNT
$19.75
0007505508