**GEORGE K. YOUNG, JR.**
**1083 APONO PLACE, HILO, HAWAII 96720**
*TEL: (808) 895-1735; EMAIL: yorozuyo@aol.com*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 06 2012
at __ o'clock and __ min __ M.
SUE BEITIA, CLERK

# CERTIFICATE

# OF

# SERVICE

I do hereby certify that a copy of **Young v. State of Hawaii, et al, CV-12-00336-HG-BMK,** Plaintiff's **Motion in Opposition to Defendants Motion to Dismiss,** was forwarded as certified mail via the United States Postal Service on **5 September 2012** to:

John M. Cregor, Jr.
Caron M. Inagaki
Deputy Attorneys General
Department of the Attorney General
State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813

Respectfully Submitted,

*[signature]*
GEORGE K. YOUNG, JR.
Plaintiff   Pro Se