GEORGE K. YOUNG, JR.
1083 Apono Place, Hilo, Hawaii 96720
Tel: (808) 895-1735; E-mail: yorozuyo@aol.com

8 September 2012

United States District Court
For The District of Hawaii
Room: C-338
300 Ala Moana Boulevard
Honolulu, Hawaii 96720

Attention: Court Clerk

Subject: Certified Mail Receipt, dtd 6 Sep 2012

Reference: CV-12-00336-HG-BMK
Young v. State, et al

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 10 2012

at 12 o'clock and 00 min. P M
SUE BEITIA, CLERK

Forwarded herewith are the original receipts of verifiable certified mail delivered of **PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDENTS' MOTION TO DISMISS** to defendants' legal counsels for both the State and County.

Thanking you in advance for your time and consideration in this matter.

Respectfully Submitted,

GEORGE K. YOUNG, JR.
Plaintiff Pro Se

Incls: Receipt No. 7011 3500 0001 7147 7657, dtd Sep 6, 2012
       Receipt No. 7011 3500 0001 7147 7664, dtd Sep 6, 2012