UNITE3D STATES POSTAL SERVICE
PS Form 3811, Feb 2004

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John M. Cregor
Deputy Attorney General
Dept. of the Attorney General
State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Aittipter
C. Date of Delivery: SEP 06 2012

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7011 3500 0001 7147 7657

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael J. Udovic
Deputy Corp. Counsel
County of Hawaii
333 Kilauea Ave. 2d Floor
Hilo, Hawaii 96720

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Shanell Sarsuelo  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Shanell Sarsuelo
C. Date of Delivery: 9/6/12

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7011 3500 0001 7147 7664

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540