LINCOLN S. T. ASHIDA  4478
Corporation Counsel

MICHAEL J. UDOVIC  5238
KIMBERLY K. ANGAY   7968
Deputies Corporation Counsel
County of Hawaiʻi
333 Kīlauea Avenue, 2nd Floor
Hilo, Hawaiʻi 96720
Telephone: 961-8251
Facsimile:  961-8622
E-mail: mudovic@co.hawaii.hi.us
Attorneys for Defendants WILLIAM P. KENOI
      AND HARRY KUBOJIRI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| GEORGE K. YOUNG, JR.<br><br>Pro Se PLAINTIFF<br><br>     vs.<br><br>STATE OF HAWAIʻI and NEIL ABERCROMBIE in his capacity as Governor of the State of Hawaiʻi; DAVID M. LOUIE in his capacity as State Attorney General; COUNTY OF HAWAIʻI, as a sub-agency of the State of Hawaiʻi and WILLIAM P. KENOI in his capacity as Mayor of the County of Hawaiʻi; and the Hilo County Police Department, as a sub-agency of the County of Hawaiʻi and HARRY S. KUBOJIRI in his capacity as Chief of Police; JOHN DOES 1-25; JANE DOES 1-25; CORPORATIONS 1-5, AND DOE ENTITIES 1-5.<br><br>           DEFENDANTS | CIVIL NO. CV12-00336 HG/BMK<br><br><br>DEFENDANTS WILLIAM P. KENOI AND HARRY KUBOJIRI'S STATEMENT REGARDING THEIR MOTION TO DISMISS FILED AUGUST 10, 2012; CERTIFICATE OF SERVICE<br><br><br><br>**NON-HEARING MOTION** |

## DEFENDANTS WILLIAM P. KENOI AND HARRY KUBOJIRI'S STATEMENT REGARDING THEIR MOTION TO DISMISS FILED AUGUST 10, 2012

Defendants William P. Kenoi and Harry S. Kubojiri, by and through their undersigned counsel, hereby advises the court they will not be filing a reply to Plaintiff's Motion of Points and Authorities in Opposition to Defendants William P. Kenoi, Harry S. Kubojiri, Neil Abercrombie and David M. Louie's Motion to Dismiss filed September 6, 2012.

Defendants William P. Kenoi and Harry S. Kubojiri reaffirm their argument and points and authorities in their Motion to Dismiss filed August 10, 2012.

Dated: Hilo, Hawaiʻi, October 1, 2012.

WILLIAM P. KENOI AND HARRY S. KUBOJIRI, Defendants

By   /s/ Michael J. Udovic
   MICHAEL J. UDOVIC
   Deputy Corporation Counsel
   Their Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| GEORGE K. YOUNG, JR.<br><br>*Pro Se* PLAINTIFF<br><br>    vs.<br><br>STATE OF HAWAIʻI and NEIL ABERCROMBIE in his capacity as Governor of the State of Hawaiʻi; DAVID M. LOUIE in his capacity as State Attorney General; COUNTY OF HAWAIʻI, as a sub-agency of the State of Hawaiʻi and WILLIAM P. KENOI in his capacity as Mayor of the County of Hawaiʻi; and the Hilo County Police Department, as a sub-agency of the County of Hawaiʻi and HARRY S. KUBOJIRI in his capacity as Chief of Police; JOHN DOES 1-25; JANE DOES 1-25; CORPORATIONS 1-5, AND DOE ENTITIES 1-5.<br><br>            DEFENDANTS | CIVIL NO. CV12-00336 HG/BMK<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was served upon the following, on the date and by the method of service noted below:

**Served via U.S. Postal Service:**

    GEORGE K. YOUNG, JR.          October 1, 2012
    1083 Apono Place
    Hilo, Hawaiʻi 96720
        Plaintiff Pro Se

Dated: Hilo, Hawaiʻi, October 1, 2012.

                    /s/ Michael J. Udovic
                    MICHAEL J. UDOVIC
                    Deputy Corporation Counsel