DAVID M. LOUIE                2162
Attorney General of Hawaii

JOHN M. CREGOR, JR.           3968
CARON M. INAGAKI              3835
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
E-Mail: John.M.Cregor@hawaii.gov

Attorneys for State Defendants
STATE OF HAWAII; NEIL ABERCROMBIE,
In his Official Capacity as Governor of Hawaii;
and DAVID M. LOUIE, in his Official Capacity
as Attorney General of Hawaii

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GEORGE K. YOUNG, JR.,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF HAWAII and NEIL ABERCROMBIE in his capacity as Governor of the State of Hawaii; DAVID M. LOUIE in his capacity as State Attorney General; COUNTY OF HAWAII, as a sub-agency of the State of Hawaii and WILLIAM P. KENOI in his capacity as Mayor of the County of Hawaii; and the Hilo County Police Department, as a sub-agency of the County of Hawaii and HARRY S. | CIVIL NO. CV 12-00336 DAE-BMK<br><br>**DEFENDANTS STATE OF HAWAII; NEIL ABERCROMBIE, In his Official Capacity as Governor of Hawaii; and DAVID M. LOUIE's, in his Official Capacity as Attorney General of Hawaii, REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS [DOC. 25]; CERTIFICATE OF SERVICE**<br><br>No Trial Set |

476916_1

KUBOJIRI in his capacity as Chief of Police; JOHN DOES 1-25; JANE DOES 1-25; CORPORATIONS 1-5; and DOE ENTITIES 1-5,

        Defendants.

## DEFENDANTS STATE OF HAWAII; NEIL ABERCROMBIE, In his Official Capacity as Governor of Hawaii; and DAVID M. LOUIE's, in his Official Capacity as Attorney General of Hawaii, REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS

Defendants State of Hawaii, Neil Abercrombie, in his official capacity as Governor of Hawaii; and David M. Louie, in his official capacity as Attorney General of Hawaii (collectively "Defendants"), by and through their attorneys, David M. Louie, Attorney General of Hawaii, and Caron M. Inagaki and John M. Cregor, Jr., Deputy Attorneys General, hereby state that they will rely on the facts and arguments in their Motion to Dismiss Plaintiff's Complaint filed August 16, 2012 [Docket No. 25].

CONCLUSION

      Based on the above-stated reasons, Defendants respectfully request that the Defendants' Motion to Dismiss Plaintiff's Complaint for Deprivation of Civil Rights be granted.

DATED: Honolulu, Hawaii, October 1, 2012.

STATE OF HAWAII

DAVID M. LOUIE
Attorney General of Hawaii

JOHN M. CREGOR, JR.
Deputy Attorney General

Attorney for Defendants
STATE OF HAWAII; NEIL ABERCROMBIE,
In his Official Capacity as Governor of
Hawaii; and DAVID M. LOUIE, in his
Official Capacity as Attorney General of
Hawaii