LINCOLN S. T. ASHIDA  4478
Corporation Counsel

MICHAEL J. UDOVIC  5238
KIMBERLY K. ANGAY   7968
Deputies Corporation Counsel
County of Hawaiʻi
333 Kīlauea Avenue, 2nd Floor
Hilo, Hawaiʻi 96720
Telephone: 961-8251
Facsimile:  961-8622
E-mail: mudovic@co.hawaii.hi.us
Attorneys for Defendants WILLIAM P. KENOI
       AND HARRY KUBOJIRI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| GEORGE K. YOUNG, JR.<br><br>*Pro Se* PLAINTIFF<br><br>vs.<br><br>STATE OF HAWAIʻI and NEIL ABERCROMBIE in his capacity as Governor of the State of Hawaiʻi; DAVID M. LOUIE in his capacity as State Attorney General; COUNTY OF HAWAIʻI, as a sub-agency of the State of Hawaiʻi and WILLIAM P. KENOI in his capacity as Mayor of the County of Hawaiʻi; and the Hilo County Police Department, as a sub-agency of the County of Hawaiʻi and HARRY S. KUBOJIRI in his capacity as Chief of Police; JOHN DOES 1-25; JANE DOES 1-25; CORPORATIONS 1-5, AND DOE ENTITIES 1-5.<br><br>       DEFENDANTS | CIVIL NO. CV12-00336 HG/BMK<br><br><br>DEFENDANTS WILLIAM P. KENOI AND HARRY KUBOJIRI'S RULE 16 SCHEDULING CONFERENCE STATEMENT; CERTIFICATE OF SERVICE<br><br><br><br><br>**Rule 16 Scheduling Conference:**<br>**Date:** October 12, 2012<br>**Time:** 9:00 a.m.<br>**Judge:** Honorable Barry M. Kurren |

## DEFENDANTS WILLIAM P. KENOI AND HARRY KUBOJIRI'S RULE 16 SCHEDULING CONFERENCE STATEMENT

Defendants William P. Kenoi and Harry S. Kubojiri (hereinafter collectively referred to as "Defendants"), by and through their undersigned counsel, hereby submit their Scheduling Conference Statement pursuant to LR 16.2(b) of the Rules of the United States District Court for the District of Hawai'i.

I.   NATURE OF THE CASE

Plaintiff George K. Young, Jr. ("Plaintiff") alleges a right to possess a firearm for self protection under the provisions of the Second Amendment of the United States Constitution outside of his home.

II.   STATEMENT OF JURISDICTION

Defendants allege jurisdiction of this court is proper as to the alleged violations of federal constitutional rights.

III.   JURY TRIAL

A demand for jury trial has not been made in this case.

IV.   APPROPRIATENESS AND TIMING OF DISCLOSURES

Defendants will provide all disclosures within the time limits prescribed within the Federal and Local Rules.

V.   DISCOVERY

Defendants agree to cooperate with discovery requests. The discovery rules should be followed without deviation. Initial Disclosures should be made within the time limits prescribed by the rules.

VI.   SPECIAL PROCEDURES AND OTHER MATTERS

Motions to dismiss have been filed by Defendants. The Court has indicated an intent to rule on the motions on the content of the moving and opposition pleadings.

Appropriate motions will be filed after discovery is completed, motions to dismiss and or for summary judgment are anticipated.

VII.   RELATED CASES

Defendants are unaware of any other related cases. Plaintiff has had two prior cases with related Second Amendment arguments in the United States District Court for the District of Hawai'i.

Dated: Hilo, Hawai'i, October 4, 2012.

        WILLIAM P. KENOI AND HARRY S.
        KUBOJIRI, Defendants

        By   /s/ Michael J. Udovic
           MICHAEL J. UDOVIC
           Deputy Corporation Counsel
           Their Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| GEORGE K. YOUNG, JR.<br><br>*Pro Se* PLAINTIFF<br><br>vs.<br><br>STATE OF HAWAIʻI and NEIL ABERCROMBIE in his capacity as Governor of the State of Hawaiʻi; DAVID M. LOUIE in his capacity as State Attorney General; COUNTY OF HAWAIʻI, as a sub-agency of the State of Hawaiʻi and WILLIAM P. KENOI in his capacity as Mayor of the County of Hawaiʻi; and the Hilo County Police Department, as a sub-agency of the County of Hawaiʻi and HARRY S. KUBOJIRI in his capacity as Chief of Police; JOHN DOES 1-25; JANE DOES 1-25; CORPORATIONS 1-5, AND DOE ENTITIES 1-5.<br><br>    DEFENDANTS | CIVIL NO. CV12-00336 HG/BMK<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was served upon the following, on the date and by the method of service noted below:

**Served via U.S. Postal Service:**

      GEORGE K. YOUNG, JR.          October 4, 2012
      1083 Apono Place
      Hilo, Hawai'i 96720
         Plaintiff Pro Se

Dated: Hilo, Hawai'i, October 4, 2012.

                                  /s/ Michael J. Udovic
                            MICHAEL J. UDOVIC
                            Deputy Corporation Counsel