DAVID M. LOUIE      2162
Attorney General of Hawaii

JOHN M. CREGOR, JR.      3968
CARON M. INAGAKI      3835
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
E-Mail: John.M.Cregor@hawaii.gov

Attorneys for State Defendants
STATE OF HAWAII; NEIL ABERCROMBIE,
In his Official Capacity as Governor of Hawaii;
and DAVID M. LOUIE, in his Official Capacity
as Attorney General of Hawaii

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GEORGE K. YOUNG, JR.,<br><br>            Plaintiff,<br><br>vs.<br><br>STATE OF HAWAII and NEIL ABERCROMBIE in his capacity as Governor of the State of Hawaii; DAVID M. LOUIE in his capacity as State Attorney General; COUNTY OF HAWAII, as a sub-agency of the State of Hawaii and WILLIAM P. KENOI in his capacity as Mayor of the County of Hawaii; and the Hilo County Police Department, as a sub-agency of the County of Hawaii and HARRY S. | CIVIL NO. CV 12-00336 HG-BMK<br><br>**DEFENDANTS STATE OF HAWAII; NEIL ABERCROMBIE, In his Official Capacity as Governor of Hawaii; and DAVID M. LOUIE's, in his Official Capacity as Attorney General of Hawaii, SCHEDULING CONFERENCE STATEMENT; CERTIFICATE OF SERVICE**<br><br>Rule 16 Conference<br>DATE:    October 12, 2012<br>TIME:    9:00 a.m.<br>JUDGE:    Hon. Barry M. Kurren<br><br>No Trial Date Set |

476945_1

| |
|---|
| KUBOJIRI in his capacity as Chief of Police; JOHN DOES 1-25; JANE DOES 1-25; CORPORATIONS 1-5; and DOE ENTITIES 1-5,<br><br>                    Defendants. |

**DEFENDANTS STATE OF HAWAII; NEIL ABERCROMBIE,**
**in his Official Capacity as Governor of Hawaii; and DAVID M. LOUIE's,**
**in his Official Capacity as Attorney General of Hawaii,**
<u>**SCHEDULING CONFERENCE STATEMENT**</u>

Defendants State of Hawaii, Neil Abercrombie, in his official capacity as Governor of Hawaii; and David M. Louie, in his official capacity as Attorney General of Hawaii (collectively "State Defendants"), by and through their attorneys, David M. Louie, Attorney General of Hawaii, and Caron M. Inagaki and John M. Cregor, Jr., Deputy Attorneys General, respectfully submit their Scheduling Conference Statement pursuant to Local Rule 16.2 (b) of the Local Rules of Practice for the United States District Court for the District of Hawaii.

I.   <u>NATURE OF THE CASE</u>

This is Plaintiff, George Young's, third suit in this Federal Court seeking generally the same relief from the same officials.[1]  Once again, generally speaking, Plaintiff complains that he was denied a firearms permit in violation of his Second Amendment rights, *inter alia*. In this 42 U.S.C. §1983 action Plaintiff has brought

---

[1] *Young v. State of Hawaii*, 548 F.Supp.2d 1151 (2008), *Young v. State of Hawaii*, 73 Fed.R. Serv. 1635 (2009)

suit against the State of Hawaii and Governor Abercrombie in his official capacity, David Louie, Attorney General of the State of Hawaii in his official capacity, as well as against the County of Hawaii, its Mayor and Police Chief, and others, seeking monetary damages and declaratory and injunctive relief.

II.     STATEMENT OF JURISDICTION AND VENUE

The Plaintiff asserts in his Complaint that the claims fall within this court's jurisdiction under 42 U.S.C. § 1983 (Civil Action for Rights), 42 U.S.C. § 1985 (Conspiracy to interferer with civil rights), and 42 U.S.C. § 1986 (action for neglect to prevent), 28 U.S.C. § 1331, and 28 U.S.C. § 1343. At this time, State Defendants do not dispute venue but do not concede jurisdiction under these statues.

III.    JURY TRIAL

A demand for jury trial has not been made in this case.

IV.     APPROPRIATENESS, EXTENT AND TIMING OF DISCLOSURES

State Defendants request that disclosures be made in the ordinary course of trial preparation.

V.      DISCOVERY, MOTIONS AND HEARING DATES

No formal discovery has been undertaken or exchanged. State Defendants intend to seek all relevant documents, serve requests for answers to interrogatories, requests for production of documents, and requests for admissions to the Plaintiff.

In addition, State Defendants intend to depose all witnesses listed by the Plaintiff, as well as conduct such further discovery that may be deemed appropriate.

VI.  **RELATED CASES**

There are no related cases currently pending.

VII. **ADDITIONAL MATTERS**

Defendants have filed Motions to Dismiss that will be briefed and decided through the normal course for such matters.

DATED: Honolulu, Hawaii, October 5, 2012.

          STATE OF HAWAII

          DAVID M. LOUIE
          Attorney General of Hawaii

          /s/ John Cregor
          JOHN M. CREGOR, JR.
          Deputy Attorney General

          Attorney for State Defendants
          STATE OF HAWAII; NEIL ABERCROMBIE, In his Official Capacity as Governor of Hawaii; and DAVID M. LOUIE, in his Official Capacity as Attorney General of Hawaii