

GEORGE K. YOUNG, JR.
1083 APONO PLACE
HILO, HAWAII 96720
TEL: (808) 895-1735
Email: Yorozuyo@aol.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 10 2012

at //  o'clock and  20 min. A.M.
SUE BEITIA, CLERK

*Pro Se* PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GEORGE K. YOUNG, JR. | CIVIL NO. CV12-00336 HG/BMK |
| *Pro Se* PLAINTIFF | |
| | CERTIFICATE OF SERVICE |
| vs. | |
| STATE OF HAWAII et al | Magistrate Judge: Barry M. Kurren |

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon the following,

On the date and by the method of service noted below:

**Served via U.S. Postal Service**

(1) John M. Cregor, Jr.                                              October 9, 2012
    Caron M. Inagaki
    Deputy Attorneys General
    Department of the Attorney General
    State of Hawaii
    Room: C-338
    425 Queen Street
    Honolulu, Hawaii 96813

(2) Michael J. Udovic                                                October 9, 2012
    Kimberly K. Angay
    Deputies Corporation Counsel
    County of Hawaii
    333 Kilauea Avenue, 2d Floor
    Hilo, Hawaii 96720

(3) United States District Court                                     October 9, 2012
    For the District of Hawaii
    Room: C-338
    300 Ala Moana Boulevard
    Honolulu, Hawaii 96720
    Attention: Court Clerk

GEORGE K. YOUNG, JR.
*Pro Se Plaintiff*