# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 12-00336 HG-BMK |
| CASE NAME: | George K. Young, Jr. v. State of Hawaii, et al. |
| ATTYS FOR PLA: | George K. Young, Jr. (pro se, by phone) |
| ATTYS FOR DEFT: | John M. Cregor, Jr.<br>Michael J. Udovic |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C7 no record |
| DATE: | 10/12/2012 | TIME: | 9:08-9:11 a.m. |

COURT ACTION:  EP: Rule 16 Scheduling Conference was held.  A Further Rule 16 Scheduling Conference is set for 11/15/2012 at 9:00 a.m. before Judge Barry M. Kurren. Counsel and parties may participate by phone by notifying Judge Kurren's Courtroom Manager (808-541-1306) of the phone number where they may be reached at the time of this hearing.

Submitted by kur1, law clerk.