**GEORGE K. YOUNG, JR.**
**1083 APONO PLACE, HILO, HAWAII 96720**
**TEL: (808) 895-1735; EMAIL: yorozuyo@aol.com**

12 October 2012

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII
ROOM: C-338
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 1 5 2012

at 5 o'clock and 30 min. P M
SUE BEITIA, CLERK

Attention: Court Clerk

Subject: CV-12-00336-HG-BMK
Young v. State of Hawaii et al

Reference: Original Receipts of Delivered Certified Mail

Forwarded herewith are the original receipts of delivered Plaintiff's Scheduling Conference Statement to:

| | |
|---|---|
| Michael J. Udovic<br>Deputy Corporation Counsel<br>County of Hawaii<br>333 Kilauea Avenue, 2d Floor<br>Hilo, Hawaii | No. 7011 3500 0001 7147 7695<br>Dated: 10 October 2012 |
| John M. Cregor<br>Deputy Attorney General<br>Department of the Attorney General<br>425 Queen Street<br>Honolulu, Hawaii 96813 | No. 7011 3500 0001 7147 7701<br>Dated: 10 October 2012 |

For record.

Respectfully submitted,

*[signature]*
GEORGE K. YOUNG, JR.
Pro Se Plaintiff

Incls:  2 ea. PS Form 3811