REFERENCE:  CV-12-00336-HG-BMK
YOUNG v. STATE OF HAWAII et al

SUBJECT:  Original receipts confirmation of delivery of
Plaintiffs Scheduling Conference Statement

**Receipt 1:**

Article Addressed to:
Michael J. Udovic
Deputy Corp. Counsel
County of Hawaii
333 Kilauea Ave. 2d Floor
Hilo, Hi 96720

Article Number: 7011 3500 0001 7147 7695

Signature: Joyce Diana K[...]
Received by (Printed Name): Joyce Diana Kuni[...]
Date of Delivery: 10/10/12

**Receipt 2:**

Article Addressed to:
John M. Cregor
Deputy Attorney General
Dept. of the Attorney General
425 Queen Street
Honolulu, Hi 96813

Article Number: 7011 3500 0001 7147 7701

Date of Delivery: OCT 10 2012



