# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| GEORGE K. YOUNG, JR., | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CIV. NO. 12-00336 HG BMK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| STATE OF HAWAII and NEIL ABERCROMBIE in his capacity as Governor of the State of Hawaii; DAVID M. LOUIE in his capacity as State Attorney General; COUNTY OF HAWAII, as a sub-agency of the State of Hawaii and WILLIAM P. KENOI in his capacity as Mayor of the County of Hawaii; and the HILO COUNTY POLICE DEPARTMENT, as a sub-agency of the County of Hawaii and HARRY S. KUBOJIRI in his capacity as Chief of Police; JOHN DOES 1-25; JANE DOES 1-25; CORPORATIONS 1-5, and DOE ENTITIES 1-5, | November 29, 2012<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that all causes of action against the State Defendants, County Officials, the County, and the County Police Department are DISMISSED WITH PREJUDICE pursuant to the "Order Granting County of Hawaii Official Defendants' Motion to Dismiss  and State of Hawaii Defendants' Motion to Dismiss" filed on November 29, 2012.

|  November 29, 2012  |                    SUE BEITIA             |
|---------------------|--------------------------------------------|
|  Date               |  Clerk                                     |
|                     |  /s/ Sue Beitia by ES                      |
|                     |  (By) Deputy Clerk                         |