## UNITED STATE COURT OF THE DISTRICT OF HAWAII

| | |
|---|---|
| GEORGE K. YOUNG, JR., <br><br>              Plaintiff, <br>vs. <br><br>STATE OF HAWAII and NEIL ABERCROMBIE in his capacity as Governor of the State of Hawaii; DAVID M. LOUIE in his capacity as State Attorney General; COUNTY OF HAWAII, as a sub-agency of the State of Hawaii and WILLIAM P. KENOI in his capacity as Mayor of the County of Hawaii; and the HILO COUNTY POLICE DEPARTMENT, as a sub-agency of the County of Hawaii and HARRY S. KUBOJIRI in his capacity as Chief of Police; JOHN DOES 1-25; JANE DOES 1-25; CORPORATIONS 1-5, and DOE ENTITIES 1-5, <br><br>              Defendants. | Civ. No. 12-00336 HG BMK <br> Notice of Appeal |

### Notice of Appeal

NOTICE IS HEREBY GIVEN that the Plaintiff, George K. Young Jr., plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order and judgment order granting County of Hawaii Official Defendants' Motion To Dismiss (Dkt. No. 23) and State of Hawaii Defendants' Motion to Dismiss (Dkt. No. 25), entered in this action on the 28th day of November, 2012 (Dkt. No. 42).

Respectfully submitted this 21st day of December, 2012

/Alan Beck
Alan Beck

# UNITED STATE COURT OF THE DISTRICT OF HAWAII

| | |
|---|---|
| GEORGE K. YOUNG, JR., )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>STATE OF HAWAII and NEIL )<br>ABERCROMBIE in his capacity )<br>as Governor of the State of )<br>Hawaii; DAVID M. LOUIE in his )<br>capacity as State Attorney )<br>General; COUNTY OF HAWAII, as )<br>a sub-agency of the State of )<br>Hawaii and WILLIAM P. KENOI )<br>in his capacity as Mayor of )<br>the County of Hawaii; and the )<br>HILO COUNTY POLICE )<br>DEPARTMENT, as a sub-agency )<br>of the County of Hawaii and )<br>HARRY S. KUBOJIRI in his )<br>capacity as Chief of Police; )<br>JOHN DOES 1-25; JANE DOES 1- )<br>25; CORPORATIONS 1-5, and DOE )<br>ENTITIES 1-5, )<br>)<br>Defendants. )<br>_____ )<br>_____ | Civ. No. 12-00336 HG BMK<br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

      On this, the 21st day of December, 2012, I served the foregoing pleading by electronically filing it with the Court's CM/ECF system, which generated a Notice of Filing and effects service upon counsel for all parties in the case.

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed this the 21stth day of December, 2012

Executed this the 12th day of December, 2012.

/Alan Beck

/Alan Beck