# UNITED STATE COURT OF THE DISTRICT OF HAWAII

| | |
|---|---|
| GEORGE K. YOUNG, JR., <br><br>          *Pro Se* Plaintiff, <br>vs. <br><br>STATE OF HAWAII and NEIL ABERCROMBIE in his capacity as Governor of the State of Hawaii; DAVID M. LOUIE in his capacity as State Attorney General; COUNTY OF HAWAII, as a sub-agency of the State of Hawaii and WILLIAM P. KENOI in his capacity as Mayor of the County of Hawaii; and the HILO COUNTY POLICE DEPARTMENT, as a sub-agency of the County of Hawaii and HARRY S. KUBOJIRI in his capacity as Chief of Police; JOHN DOES 1-25; JANE DOES 1-25; CORPORATIONS 1-5, and DOE ENTITIES 1-5, <br><br>          Defendants. <br>_____ | Civ. No. 12-00336 HG BMK <br>Notice Regarding Transcripts |

## **Notice Regarding Transcripts**

NOTICE IS HEREBY GIVEN pursuant to 10-3.1. (c) by the Plaintiff George K. Young, that no proceedings occurred which would have generated transcripts in district court. Accordingly, no transcripts will be requested or sent to the appeals court.

## **CERTIFICATE OF SERVICE**

  On this, the 21st day of December, 2012, I served the foregoing pleading by electronically filing it with the Court's CM/ECF system, which generated a Notice of Filing and effects service upon counsel for all parties in the case.
  I declare under penalty of perjury that the foregoing is true and
correct.
Executed this the 21stth day of December, 2012



Executed this the 21st day of December, 2012.


                 _____/Alan Beck