GEORGE K. YOUNG, JR
1083 Apono Place
Hilo, HI 96720
808-959-5488
CELL: 808-895-1735
PRO SE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 4 2012

at 4 o'clock and 30 min. PM
SUE BEITIA, CLERK

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DEC 19 2012

FILED_____
DOCKETED_____
             DATE      INITIAL

## UNITED STATE COURT OF THE DISTRICT OF HAWAII

| | |
|---|---|
| GEORGE K. YOUNG, JR.,<br><br>          Plaintiff,<br>vs.<br><br>STATE OF HAWAII and NEIL ABERCROMBIE in his capacity as Governor of the State of Hawaii; DAVID M. LOUIE in his capacity as State Attorney General; COUNTY OF HAWAII, as a sub-agency of the State of Hawaii and WILLIAM P. KENOI in his capacity as Mayor of the County of Hawaii; and the HILO COUNTY POLICE DEPARTMENT, as a sub-agency of the County of Hawaii and HARRY S. KUBOJIRI in his capacity as Chief of Police; JOHN DOES 1-25; JANE DOES 1-25; CORPORATIONS 1-5, and DOE ENTITIES 1-5,<br><br>          Defendants. | Civ. No. 12-00336 HG BMK<br>Notice of Appeal |

### Notice of Appeal

NOTICE IS HEREBY GIVEN that the Plaintiff George K. Young, plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the order and judgment order granting County of Hawaii

Official Defendants' Motion To Dismiss (DOC. 23) and State of Hawaii Defendants' Motion to Dismiss (DOC. 25), entered in this action on the 11th day of November, 2012 (Dkt. No. 42).

Respectfully submitted this 12th day of December, 2012

/s/ George K. Young
George K. Young