GEORGE K. YOUNG, JR
1083 Apono Place
Hilo, HI 96720
808-959-5488
CELL: 808-895-1735
PRO SE

# UNITED STATE COURT OF THE DISTRICT OF HAWAII

| | |
|---|---|
| GEORGE K. YOUNG, JR., <br><br>      Plaintiff, <br><br>  vs. <br><br> STATE OF HAWAII and NEIL ABERCROMBIE in his capacity as Governor of the State of Hawaii; DAVID M. LOUIE in his capacity as State Attorney General; COUNTY OF HAWAII, as a sub-agency of the State of Hawaii and WILLIAM P. KENOI in his capacity as Mayor of the County of Hawaii; and the HILO COUNTY POLICE DEPARTMENT, as a sub-agency of the County of Hawaii and HARRY S. KUBOJIRI in his capacity as Chief of Police; JOHN DOES 1-25; JANE DOES 1-25; CORPORATIONS 1-5, and DOE ENTITIES 1-5, <br><br>      Defendants. | Civ. No. 12-00336 HG BMK <br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

   On this, the 12th day of December, 2012, I hereby CERTIFY that I served a Notice of Filing by via prepaid postage mail to all parties at their last known address.


John M. Cregor , Jr.
Office of the Attorney General-Hawaii

Civil Rights Litigation
425 Queen St
Honolulu, HI 96813
586-1494

Michael J. Udovic
Office of the Corporation Counsel-Big Island
333 Kilauea Avenue, 2nd Floor
Hilo, HI 96720
808-961-8251


Kimberly K. Angay
Office of the Corporation Counsel-Big Island
333 Kilauea Avenue, 2nd Floor
Hilo, HI 96720
808-961-8251


   I declare under penalty of perjury that the foregoing is true and correct.


Executed this the 13th day of December, 2012.


                George K. Young