*a: ESR - 8*

GEORGE K. YOUNG, JR
1083 Apono Place
Hilo, HI 96720
808-959-5488
CELL: 808-895-1735
PRO SE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 7 2012

at 2 o'clock and 20 min. P M
SUE BEITIA, CLERK

## UNITED STATE COURT OF THE DISTRICT OF HAWAII

| | |
|---|---|
| GEORGE K. YOUNG, JR., <br><br>      *Pro Se* Plaintiff, <br><br> vs. <br><br> STATE OF HAWAII and NEIL ABERCROMBIE in his capacity as Governor of the State of Hawaii; DAVID M. LOUIE in his capacity as State Attorney General; COUNTY OF HAWAII, as a sub-agency of the State of Hawaii and WILLIAM P. KENOI in his capacity as Mayor of the County of Hawaii; and the HILO COUNTY POLICE DEPARTMENT, as a sub-agency of the County of Hawaii and HARRY S. KUBOJIRI in his capacity as Chief of Police; JOHN DOES 1-25; JANE DOES 1-25; CORPORATIONS 1-5, and DOE ENTITIES 1-5, <br><br>      Defendants. | Civ. No. 12-00336 HG BMK <br> Notice Regarding Transcripts |

### Notice

NOTICE IS HEREBY GIVEN pursuant to 10-3.1. (c) that the Plaintiff George K. Young, will not require any transcripts from the District Court.

Respectfully submitted this 14$^h$ day of December, 2012

*George K. Young*
George K. Young

GEORGE K. YOUNG, JR
1083 Apono Place
Hilo, HI 96720
808-959-5488
CELL: 808-895-1735
PRO SE

# UNITED STATE COURT OF THE DISTRICT OF HAWAII

| | |
|---|---|
| GEORGE K. YOUNG, JR.,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>STATE OF HAWAII and NEIL ABERCROMBIE in his capacity as Governor of the State of Hawaii; DAVID M. LOUIE in his capacity as State Attorney General; COUNTY OF HAWAII, as a sub-agency of the State of Hawaii and WILLIAM P. KENOI in his capacity as Mayor of the County of Hawaii; and the HILO COUNTY POLICE DEPARTMENT, as a sub-agency of the County of Hawaii and HARRY S. KUBOJIRI in his capacity as Chief of Police; JOHN DOES 1-25; JANE DOES 1-25; CORPORATIONS 1-5, and DOE ENTITIES 1-5,<br><br>　　　　　　　Defendants. | Civ. No. 12-00336 HG BMK<br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

On this, the 12th day of December, 2012, I hereby CERTIFY that I served a Notice of Filing by via prepaid postage mail to all parties at their last known address.


John M. Cregor , Jr.
Office of the Attorney General-Hawaii
Civil Rights Litigation
425 Queen St
Honolulu, HI 96813
586-1494

Michael J. Udovic
Office of the Corporation Counsel-Big Island
333 Kilauea Avenue, 2nd Floor

Hilo, HI 96720
808-961-8251


~~Kimberly K. Angay~~
Office of the Corporation Counsel-Big Island
333 Kilauea Avenue, 2nd Floor
Hilo, HI 96720
808-961-8251


    I declare under penalty of perjury that the foregoing is true and correct.


Executed this the 12th day of December, 2012.


                                                George K. Young