```
DUPLICATE

Court Name: U.S DISTRICT COURT HAWAII
Division: 1
Receipt Number: HI006265
Cashier ID: et
Transaction Date: 12/17/2012
Payer Name: GEORGE K YOUNG JR

NOTICE OF APPEAL/DOCKETING FEE
 For: GEORGE K YOUNG JR
 Case/Party: D-HIX-1-12-CV-000336-001
 Amount:         $455.00

CHECK
  Remitter: BANK OF HAWAII
  Check/Money Order Num: 5516650
  Amt Tendered: $455.00

Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

CV 12-00336 HG-BMK


A FEE OF $53.00 WILL BE CHARGED FOR
ANY RETURNED CHECK.
```