## United States Court of Appeals Ninth Circuit

| | |
|---|---|
| GEORGE K. YOUNG, JR., <br><br> Plaintiff, <br> vs. <br><br> STATE OF HAWAII and NEIL ABERCROMBIE in his capacity as Governor of the State of Hawaii; DAVID M. LOUIE in his capacity as State Attorney General; COUNTY OF HAWAII, as a sub-agency of the State of Hawaii and WILLIAM P. KENOI in his capacity as Mayor of the County of Hawaii; and the HILO COUNTY POLICE DEPARTMENT, as a sub-agency of the County of Hawaii and HARRY S. KUBOJIRI in his capacity as Chief of Police; JOHN DOES 1-25; JANE DOES 1-25; CORPORATIONS 1-5, and DOE ENTITIES 1-5, <br><br> Defendants. | No._____ <br><br> Civ. No. 12-00336 HG BMK <br> Representation Statement |

### **Representation Statement**

Counsel for Plaintiff-Appellant.George K. Young

ALAN BECK (HI Bar No. 9145)
Attorney at Law
4780 Governor Drive
San Diego, California 92122
Telephone: (619) 971-0414
Email: ngord2000@yahoo.com

<u>Counsel for Defendant-Appellee State of Hawaii, Governor Neil Abercrombie, and Attorney General David M. Louis</u>

John M. Cregor , Jr.
Office of the Attorney General-Hawaii
Civil Rights Litigation
425 Queen St
Honolulu, HI 96813
586-1494
Fax: 586-1369
Email: John.M.Cregor@hawaii.gov


<u>Defendants Appellees County of Hawaii, Mayor William Kenoi and Chief of Police Harry S. Kubojiri</u>

Michael J. Udovic
Office of the Corporation Counsel-Big Island
333 Kilauea Avenue, 2nd Floor
Hilo, HI 96720
808-961-8251
Email: mudovic@co.hawaii.hi.us


Kimberly K. Angay
Office of the Corporation Counsel-Big Island
333 Kilauea Avenue, 2nd Floor
Hilo, HI 96720
808-961-8251
Email: kangay@co.hawaii.hi.us


Respectfully submitted this 21st day of December, 2012

               /Alan Beck
               Alan Beck

## **CERTIFICATE OF SERVICE**

On this, the 21st day of December, 2012, I served the foregoing pleading by electronically filing it with the Court's CM/ECF system, which generated a Notice of Filing and effects service upon counsel for all parties in the case.
I declare under penalty of perjury that the foregoing is true and correct.
Executed this the 21stth day of December, 2012


Executed this the 21stth day of December, 2012.
/Alan Beck