A-11 (rev. 7/00)            Page 1 of 2



# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

USCA DOCKET # (IF KNOWN)

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: | |
|---|---|
| GEORGE K. YOUNG, JR., Plaintiff, vs. STATE OF HAWAII and NEIL ABERCROMBIE in his capacity as Governor of the State of Hawaii; DAVID M. LOUIE in his capacity as State Attorney General; COUNTY OF HAWAII, as a sub-agency of the State of Hawaii and WILLIAM P. KENOI in his capacity as Mayor of | DISTRICT: Hawaii    JUDGE: Gilmour<br>DISTRICT COURT NUMBER: Civ. No. 12-00336 HG BMK<br>DATE NOTICE OF APPEAL FILED: 11/21/2012    IS THIS A CROSS APPEAL? ☐ YES<br>IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): |

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:**

Plaintiff filed to enjoy several state laws regarding handgun carry. Case was dismissed on a motion to dismiss.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:**

Whether the Second Amendment confers a right to carry outside the home and whether Sovereign Immunity was abrogated by the ratification of the 14th amendment.

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POST-JUDGMENT MOTIONS):**

Baker v. Kealoha
Richards v. Prieto

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**

☐ Possibility of Settlement
☐ Likelihood that intervening precedent will control outcome of appeal
☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify)

☐ Any other information relevant to the inclusion of this case in the Mediation Program

☐ Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

| LOWER COURT INFORMATION | | | |
|---|---|---|---|
| **JURISDICTION** | | **DISTRICT COURT DISPOSITION** | |
| FEDERAL | APPELLATE | TYPE OF JUDGMENT/ORDER APPEALED | RELIEF |
| [X] FEDERAL QUESTION<br>[ ] DIVERSITY<br>[ ] OTHER (SPECIFY): | [X] FINAL DECISION OF DISTRICT COURT<br>[ ] INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT<br>[ ] INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY):<br>[ ] OTHER (SPECIFY): | [ ] DEFAULT JUDGMENT<br>[ ] DISMISSAL/JURISDICTION<br>[X] DISMISSAL/MERITS<br>[ ] SUMMARY JUDGMENT<br>[ ] JUDGMENT/COURT DECISION<br>[ ] JUDGMENT/JURY VERDICT<br>[ ] DECLARATORY JUDGMENT<br>[ ] JUDGMENT AS A MATTER OF LAW<br>[ ] OTHER (SPECIFY): | [ ] DAMAGES:<br>SOUGHT $<br>AWARDED $<br>[ ] INJUNCTIONS:<br>[ ] PRELIMINARY<br>[ ] PERMANENT<br>[ ] GRANTED<br>[ ] DENIED<br>[ ] ATTORNEY FEES:<br>SOUGHT $<br>AWARDED $<br>[ ] PENDING<br>[ ] COSTS: $ |

## CERTIFICATION OF COUNSEL

I CERTIFY THAT:

1. COPIES OF ORDER/JUDGMENT APPEALED FROM ARE ATTACHED.

2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2).

3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.

4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

/Alan Beck
**Signature**

12/13/2012
**Date**

## COUNSEL WHO COMPLETED THIS FORM

| NAME | Alan Beck |
|---|---|
| FIRM | Law Offices of Alan Beck |
| ADDRESS | 4780 Governor Drive |

| CITY | San Diego | STATE | CA | ZIP CODE | 92122 |
|---|---|---|---|---|---|
| E-MAIL | ngord2000@yahoo.com | TELEPHONE | 619-971-0414 | | |
| FAX | | | | | |

**\*\*THIS DOCUMENT SHOULD BE FILED IN DISTRICT COURT WITH THE NOTICE OF APPEAL.\*\***
**\*\*IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS.\*\***