

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DEC 19 2012

FILED _____
DOCKETED _____

USCA DOCKET # (IF KNOWN)

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

RECEIVED
CLERK U.S. DISTRICT COURT
DEC 14 2012
DISTRICT OF HAWAII

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: | DISTRICT: Hawaii | JUDGE: Helen Gillmor |
|---|---|---|
| Complaint For Deprivation of Civil Rights. 42 U.S.C. 1983, 42 U.S.C. 1985, 42 U.S.C. 1986 | DISTRICT COURT NUMBER: CV-12-00336 HG BMK | |
| | DATE NOTICE OF APPEAL FILED: DEC. 13, 2012 | IS THIS A CROSS APPEAL? No ~~YES~~ |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): | |

BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:

Challenge to Hawaii Revised Statute 134 denying the exercise of Second Amendment right to bear arms, concealed or unconcealed outside the home for purpose of self-defense. Challenge denied based on defendants claim of sovereign immunity, Eleventh Amendment claim. Challenge dismissed without a hearing according to Hawaii Local Rule 7(d).

PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:

(1) Second Amendment Right to bear arms for purpose of personal self-defense exists outside of one's home with equal purpose and validity.

(2) Eleventh Amendment "Sovereign Immunity" is abrogated via Fourteenth Amendment Section 5, in the instance of violations of enumerated rights, that reflects a substantial guarantee.

PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POST-JUDGMENT MOTIONS):

Christopher Baker v. Louis Kealoha, Ninth Circuit Court of Appeals, No. 12-16258

DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:

Possibility of Settlement  No

Likelihood that intervening precedent will control outcome of appeal  No

Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify)  No

Any other information relevant to the inclusion of this case in the Mediation Program  No

Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges  No

| LOWER COURT INFORMATION | | | |
|---|---|---|---|
| JURISDICTION | | DISTRICT COURT DISPOSITION | |
| FEDERAL | APPELLATE | TYPE OF JUDGMENT/ORDER APPEALED | RELIEF |
| FEDERAL QUESTION ✓<br><br>DIVERSITY<br><br>OTHER (SPECIFY): | FINAL DECISION OF DISTRICT COURT ✓<br><br>INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT<br><br>INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY):<br><br>OTHER (SPECIFY): | DEFAULT JUDGMENT<br>DISMISSAL/JURISDICTION<br>DISMISSAL/MERITS<br>SUMMARY JUDGMENT ✓<br>JUDGMENT/COURT DECISION<br>JUDGMENT/JURY VERDICT<br>DECLARATORY JUDGMENT<br>JUDGMENT AS A MATTER OF LAW<br>OTHER (SPECIFY): | DAMAGES:<br>SOUGHT $ 1,000,000<br>AWARDED $ -0-<br>INJUNCTIONS:<br>PRELIMINARY<br>PERMANENT<br>GRANTED<br>(DENIED)<br>ATTORNEY FEES:<br>SOUGHT $ -0-<br>AWARDED $ -0-<br>PENDING<br>COSTS: $ -0- |

## CERTIFICATION OF COUNSEL

I CERTIFY THAT:

1. COPIES OF ORDER/JUDGMENT APPEALED FROM ARE ATTACHED.

2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2).

3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.

4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

*George K. Young, Jr. Pro Se*
Signature

12/12/2012
Date

## COUNSEL WHO COMPLETED THIS FORM

| NAME | George K. Young, Jr. (Appellant Pro Se) |
|---|---|
| FIRM | |
| ADDRESS | 1083 Apono Place |
| CITY | Hilo |
| STATE | HI |
| ZIP CODE | 96720 |
| E-MAIL | yorozuyo@aol.com |
| TELEPHONE | (808)895-1735 |
| FAX | |

**THIS DOCUMENT SHOULD BE FILED IN DISTRICT COURT WITH THE NOTICE OF APPEAL.**
**IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS.**