# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**SUE BEITIA**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

December 26, 2012

To All Counsel of Record as Appellees:

    IN RE:    YOUNG VS. STATE OF HAWAII AND NEIL ABERCROMBIE, ET AL

    CIV NO.    12-00336 HG-BMK

    CA NO.    12-17808

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on December 14, 2012 .

    All counsel (or Pro Se) please read and follow the enclosed instructions. Thank You.

Sincerely Yours,

SUE BEITIA, CLERK

by: /S/ SUE BEITIA by ES

Enclosures

cc:    GEORGE K. YOUNG, JR. (attorney Alan Beck for appellant)
        Instructions for Civil Appeals
        Transcript Desig. & Ordering Form with instructions
        Copy of the Docket Sheet

Clerk, 9th CCA via ECF