FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 06 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GEORGE K. YOUNG, Jr., <br><br> Plaintiff-Appellant, <br><br> v. <br><br> STATE OF HAWAII; et al., <br><br> Defendants-Appellees. | No.   12-17808 <br><br> D.C. No. <br> 1:12-cv-00336-HG-BMK <br> District of Hawaii, <br> Honolulu <br><br> ORDER |

The court stays proceedings in this appeal pending this court's, mandate in *Baker v. Kealoha* , 12-16258, or further order of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Halina Larman
Deputy Clerk
Ninth Circuit Rule 27-7