FILED

AUG 2 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GEORGE K. YOUNG, Jr., | No. 12-17808 |
| Plaintiff-Appellant, | D.C. No. 1:12-cv-00336-HG-BMK District of Hawaii, Honolulu |
| v. | |
| STATE OF HAWAII; et al., | |
| Defendants-Appellees. | ORDER |

Before: O'SCANNLAIN, CLIFTON, and IKUTA, Circuit Judges.

Appellees' motion for a 45-day extension of time to file a petition for rehearing and a petition for rehearing en banc, filed with this court on July 31, 2018, is GRANTED. Appellees' petition for rehearing and petition for rehearing en banc will now be due on September 14, 2018.