UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 23 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

GEORGE K. YOUNG, Jr.,

    Plaintiff-Appellant,

STATE OF HAWAII,

    Intervenor-Pending,

 v.

STATE OF HAWAII; NEIL ABERCROMBIE, in his capacity as Governor of the State of Hawaii; DAVID MARK LOUIE I, Esquire, in his capacity as State Attorney General; COUNTY OF HAWAII, as a sub-agency of the State of Hawaii; WILLIAM P. KENOI, in his capacity as Mayor of the County of Hawaii; HILO COUNTY POLICE DEPARTMENT, as a sub-agency of the County of Hawaii; HARRY S. KUBOJIRI, in his capacity as Chief of Police; JOHN DOES, 1-25; JANE DOES, 1-25; DOE CORPORATIONS, 1-5; DOE ENTITIES, 1-5,

    Defendants-Appellees.

No.   12-17808

D.C. No.
1:12-cv-00336-HG-BMK
District of Hawaii,
Honolulu

ORDER

Before: O'SCANNLAIN, CLIFTON, and IKUTA, Circuit Judges.

The Application for an exemption to Ninth Circuit Rule 46-5 for Attorney Kaliko'onalani D. Fernandes, filed on August 21, 2018, is **GRANTED**.