UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 18 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GEORGE K. YOUNG, Jr., <br><br> Plaintiff-Appellant, <br><br> STATE OF HAWAII, <br><br> Intervenor-Pending, <br><br> v. <br><br> STATE OF HAWAII; NEIL ABERCROMBIE, in his capacity as Governor of the State of Hawaii; DAVID MARK LOUIE I, Esquire, in his capacity as State Attorney General; COUNTY OF HAWAII, as a sub-agency of the State of Hawaii; WILLIAM P. KENOI, in his capacity as Mayor of the County of Hawaii; HILO COUNTY POLICE DEPARTMENT, as a sub-agency of the County of Hawaii; HARRY S. KUBOJIRI, in his capacity as Chief of Police; JOHN DOES, 1-25; JANE DOES, 1-25; DOE CORPORATIONS, 1-5; DOE ENTITIES, 1-5, <br><br> Defendants-Appellees. | No. 12-17808 <br><br> D.C. No. 1:12-cv-00336-HG-BMK District of Hawaii, Honolulu <br><br> ORDER |

Before: O'SCANNLAIN, CLIFTON, and IKUTA, Circuit Judges.

Appellant is directed to file a response to the petition for rehearing en banc filed with this Court on September 14, 2018. The response shall not exceed 15 pages or 4,200 words and shall be filed within 21 days of the date of this order.