UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 2 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GEORGE K. YOUNG, Jr., | No.   12-17808 |
| Plaintiff-Appellant, | D.C. No. 1:12-cv-00336-HG-BMK District of Hawaii, Honolulu |
| STATE OF HAWAII, | |
| Intervenor-Pending, | ORDER |
| v. | |
| STATE OF HAWAII; NEIL ABERCROMBIE, in his capacity as Governor of the State of Hawaii; DAVID MARK LOUIE I, Esquire, in his capacity as State Attorney General; COUNTY OF HAWAII, as a sub-agency of the State of Hawaii; WILLIAM P. KENOI, in his capacity as Mayor of the County of Hawaii; HILO COUNTY POLICE DEPARTMENT, as a sub-agency of the County of Hawaii; HARRY S. KUBOJIRI, in his capacity as Chief of Police; JOHN DOES, 1-25; JANE DOES, 1-25; DOE CORPORATIONS, 1-5; DOE ENTITIES, 1-5, | |
| Defendants-Appellees. | |

Before:  O'SCANNLAIN, CLIFTON, and IKUTA, Circuit Judges.

Appellant's motion for a 30-day extension of time to file a response to

Appellees' petition for rehearing en banc, filed with this court on September 30,

2018, is GRANTED.  Appellant's response will now be due on November 8, 2018.