UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 21 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GEORGE K. YOUNG, Jr., | No.   12-17808 |
| Plaintiff-Appellant, | D.C. No. 1:12-cv-00336-HG-BMK |
| STATE OF HAWAII, | District of Hawaii, Honolulu |
| Intervenor-Pending, | |
| v. | ORDER |
| STATE OF HAWAII; DAVID Y. IGE, in his capacity as Governor of the State of Hawaii; RUSSELL A. SUZUKI, Esquire, in his capacity as State Attorney General; COUNTY OF HAWAII, as a sub-agency of the State of Hawaii; HARRY KIM, in his capacity as Mayor of the County of Hawaii; HILO COUNTY POLICE DEPARTMENT, as a sub-agency of the County of Hawaii; PAUL FERREIRA, in his capacity as Chief of Police; JOHN DOES, 1-25; JANE DOES, 1-25; DOE CORPORATIONS, 1-5; DOE ENTITIES, 1-5, | |
| Defendants-Appellees. | |

Before:  O'SCANNLAIN, CLIFTON, and IKUTA, Circuit Judges.

Defendants-Appellees' motion for leave to file a reply in support of the petition for rehearing en banc, filed with this Court on November 15, 2018, is GRANTED.  The reply shall be filed.

Having requested leave to file a surreply, Appellant's request is GRANTED.

2

The surreply shall not exceed 3,000 words and shall be filed within 14 days of the date of this order.