UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 26 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GEORGE K. YOUNG, Jr.,<br><br>　　Plaintiff-Appellant,<br><br>STATE OF HAWAII,<br><br>　　Intervenor-Pending,<br><br>　v.<br><br>STATE OF HAWAII; DAVID Y. IGE, in his capacity as Governor of the State of Hawaii; RUSSELL A. SUZUKI, Esquire, in his capacity as State Attorney General; COUNTY OF HAWAII, as a sub-agency of the State of Hawaii; HARRY KIM, in his capacity as Mayor of the County of Hawaii; HILO COUNTY POLICE DEPARTMENT, as a sub-agency of the County of Hawaii; PAUL FERREIRA, in his capacity as Chief of Police; JOHN DOES, 1-25; JANE DOES, 1-25; DOE CORPORATIONS, 1-5; DOE ENTITIES, 1-5,<br><br>　　Defendants-Appellees. | No.  12-17808<br><br>D.C. No.<br>1:12-cv-00336-HG-BMK<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Before: O'SCANNLAIN, CLIFTON, and IKUTA, Circuit Judges.

　　Having previously granted Appellant's request to file a surreply, we DENY as moot Appellant's motion for leave to file such surreply. The surreply shall be filed.