**FILED**

FEB 14 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GEORGE K. YOUNG, Jr., <br><br> Plaintiff-Appellant, <br><br> v. <br><br> STATE OF HAWAII, *et. al.*; <br><br> Defendants-Appellees. | No. 12-17808 <br><br> D.C. No. <br> 1:12-cv-00336-HG-BMK <br><br><br> ORDER |

Before: THOMAS, Chief Judge

En banc proceedings are stayed and submission of this case for decision by the en banc court is deferred pending the issuance of an opinion by the United States Supreme Court in *New York State Rifle & Pistol Association, Inc. v. City of New York*, No. 18-280 and further order of this Court.