FILED

FEB 26 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GEORGE K. YOUNG, Jr., <br><br> Plaintiff-Appellant, <br><br> v. <br><br> STATE OF HAWAII; et al., <br><br> Defendants-Appellees. | No. 12-17808 <br><br> D.C. No. 1:12-cv-00336-HG-BMK <br> District of Hawaii, Honolulu <br><br> ORDER |

Before: THOMAS, Chief Judge

On February 14, 2019, this Court stayed en banc proceedings pending the issuance of an opinion by the United States Supreme Court in *New York State Rifle & Pistol Association, Inc, v. City of New York* and further order of this court. This stay applies to amicus briefing. The State of Hawaii's motion for leave to file supplemental briefing is stayed until further order of the Court. The Court will address a briefing schedule after the issuance of the Supreme Court's opinion.