

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 26 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GEORGE K. YOUNG, Jr.,<br><br>　　　　　Plaintiff-Appellant,<br><br>　v.<br><br>STATE OF HAWAII; et al.,<br><br>　　　　　Defendants-Appellees. | No.　12-17808<br><br>D.C. No.<br>1:12-cv-00336-HG-BMK<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Before: THOMAS, Chief Judge

　　Appellant's motion for reconsideration is **DENIED**.