FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 14 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GEORGE K. YOUNG, Jr., <br><br> Plaintiff-Appellant, <br><br> v. <br><br> STATE OF HAWAII; et al., <br><br> Defendants-Appellees. | No.   12-17808 <br><br> D.C. No. <br> 1:12-cv-00336-HG-BMK <br> District of Hawaii, <br> Honolulu <br><br><br> ORDER |

Before:  THOMAS, Chief Judge

The motion of Brady for leave to file an amicus curiae brief is GRANTED.

The amicus brief submitted on June 8, 2020 shall be filed.