**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

**FILED**

AUG 24 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GEORGE K. YOUNG, Jr., <br><br>  Plaintiff-Appellant, <br><br> v. <br><br> STATE OF HAWAII; NEIL ABERCROMBIE, in his capacity as Governor of the State of Hawaii; DAVID MARK LOUIE I, Esquire, in his capacity as State Attorney General; COUNTY OF HAWAII, as a sub-agency of the State of Hawaii; WILLIAM P. KENOI, in his capacity as Mayor of the County of Hawaii; HILO COUNTY POLICE DEPARTMENT, as a sub-agency of the County of Hawaii; HARRY S. KUBOJIRI, in his capacity as Chief of Police; JOHN DOES, 1-25; JANE DOES, 1-25; DOE CORPORATIONS, 1-5; DOE ENTITIES, 1-5, <br><br> Defendants-Appellees. | No.   12-17808 <br><br> D.C. No. 1:12-cv-00336-HG-BMK District of Hawaii, Honolulu <br><br> **ORDER** |

**THOMAS**, Chief Judge and En Banc Coordinator.

This en banc case is set for virtual oral argument on Thursday, September 24, 2020, at 1:30 p.m. Pacific time.