# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 25, 2021

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  George K. Young, Jr.
            v. Hawaii, et al.
            No. 20-1639
            (Your No. 12-17808)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 11, 2021 and placed on the docket May 25, 2021 as No. 20-1639.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob A. Levitan
Case Analyst