# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 1, 2022

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

> **Re:  George K. Young**
> **v. Hawaii, et al.**
> **No. 20-1639 (Your docket No. 12-17808)**

Dear Clerk:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Judgments/Mandates Clerk

Enc.
cc:    All counsel of record

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 1, 2022

Mr. Alan Alexander Beck, Esq.
Law Offices of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123

Mr. Neal Kumar Katyal, Esq.
Hogan Lovells US LLP
555 Thirteenth St., N.W.
Washington, D.C. 20004

      **Re:   George K. Young**
            **v. Hawaii, et al.**
            **No. 20-1639**

Dear Counsel:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Ninth Circuit.

The petitioner is given recovery of costs in this Court as follows:

      **Clerk's costs:**          **$300.00**

This amount may be recovered from the respondents.

        Sincerely,

        SCOTT S. HARRIS, Clerk

        By

        M. Altner
        Judgments/Mandates Clerk

cc:  Clerk, U.S. Court of Appeals for the Ninth Circuit
     (Your docket No. 12-17808)

# Supreme Court of the United States

### No.  20–1639

### GEORGE K. YOUNG, JR.,

Petitioner

#### v.

### HAWAII, ET AL.

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgment of the above court in this cause is vacated with costs, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of *New York State Rifle & Pistol Assn., Inc.* v. *Bruen*, 597 U.S. ___ (2022).

**IT IS FURTHER ORDERED** that the petitioner, George K. Young, Jr., recover from Hawaii, et al., Three Hundred Dollars ($300.00) for costs herein expended.

June 30, 2022

**Clerk's costs:**          **$300.00**

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States