HOLLY T. SHIKADA                4017
Attorney General of the State of Hawai'i

KIMBERLY T. GUIDRY             7919
Solicitor General of the State of Hawai'i
ROBERT T. NAKATSUJI            6743
NICHOLAS M. MCLEAN             10676
Deputy Attorneys General
Dept. of the Attorney General
425 Queen Street
Honolulu, Hawai'i 96813

Attorneys for STATE OF HAWAI'I;
DAVID Y. IGE, in his official capacity as
Governor of the State of Hawai'i; and
HOLLY T. SHIKADA, in her official capacity
as Attorney General of the State of Hawai'i

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| GEORGE K. YOUNG,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF HAWAI'I; DAVID Y.<br>IGE, in his capacity as Governor of the<br>State of Hawai'i; HOLLY T.<br>SHIKADA, in her capacity as Attorney<br>General of the State of Hawai'i;<br>COUNTY OF HAWAI'I; WILLIAM<br>P. KENOI, in his capacity as Mayor of<br>the County of Hawai'i; HILO<br>COUNTY POLICE DEPARTMENT;<br>HARRY S. KUBOJIRI, in his capacity<br>as Chief of Police; JOHN DOES 1-25; | CIVIL NO. CV 12-00336 HG-BMK<br><br>NOTICE OF APPEARANCES;<br>CERTIFICATE OF SERVICE<br><br>Judge:  Hon. Helen Gillmor |

JANE DOES 1-25; CORPORATIONS
1-5; and DOE ENTITIES 1-5,

        Defendants.

## NOTICE OF APPEARANCES OF COUNSEL

Solicitor General of the State of Hawai'i, KIMBERLY T. GUIDRY, hereby

enters her appearance as counsel for State of Hawai'i, David Y. Ige, in his official

capacity as Governor of the State of Hawai'i, and Holly T. Shikada, in her official

capacity as Attorney General of the State of Hawai'i.[1]

By this notice, appearing counsel requests that her name be added to the

docket for this case and that she be included in all future correspondence and

pleadings.  Her address, phone number and email address are:

        Kimberly T. Guidry
        Solicitor General of the State of Hawai'i
        Department of the Attorney General
        425 Queen Street
        Honolulu, Hawai'i 96813
        Tel:  (808) 586-1360
        E-mail:  kimberly.t.guidry@hawaii.gov

Neither this notice of appearance nor any subsequent appearance, pleading,

claim, suit, or other filing is intended to waive any rights, including any right to

---

[1] In accordance with Rule 25(d) of the Federal Rules of Civil Procedure, Governor David Y. Ige is automatically substituted for former Governor Neil Abercrombie and Attorney General Holly T. Shikada is automatically substituted for former Attorney General David M. Louie.

2

challenge the jurisdiction of the Court pursuant to the Eleventh Amendment to the

United States Constitution, state sovereign immunity, or any other rights, claims,

actions, or defenses to which Defendant is or may be entitled in law or in equity,

all of which are hereby expressly reserved.

DATED:  Honolulu, Hawai'i, August 23, 2022.

/s/ Kimberly T. Guidry
KIMBERLY T. GUIDRY
Solicitor General of the State of Hawai'i

Attorneys for STATE OF HAWAI'I;
DAVID Y. IGE, in his official capacity as
Governor of the State of Hawai'i; and
HOLLY T. SHIKADA, in her official
capacity as Attorney General of the State of
Hawai'i

3