IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| GEORGE K. YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF HAWAIʻI; DAVID Y. IGE, in his capacity as Governor of the State of Hawaiʻi; HOLLY T. SHIKADA, in her capacity as Attorney General of the State of Hawaiʻi; COUNTY OF HAWAIʻI; WILLIAM P. KENOI, in his capacity as Mayor of the County of Hawaiʻi; HILO COUNTY POLICE DEPARTMENT; HARRY S. KUBOJIRI, in his capacity as Chief of Police; JOHN DOES 1-25; JANE DOES 1-25; CORPORATIONS 1-5; and DOE ENTITIES 1-5,<br><br>Defendants. | CIVIL NO. CV 12-00336 HG-BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date set forth below I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the District of Hawaiʻi by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

1

Alan A. Beck, Esq.
4780 Governor Drive
San Diego, California 92122
Tel:  (808) 295-6733
E-mail:  ngord2000@yahoo.com

Attorney for Plaintiff GEORGE K. YOUNG


Kimberly K. Angay, Esq.
Michael J. Udovic, Esq.
Office of the Corporation Counsel – Big Island
333 Kilauea Avenue, 2nd Floor
Hilo, Hawai'i 96720
Tel:  (808) 961-8251
E-mail: kangay@co.hawaii.hi.us
        mudovic@co.hawaii.hi.us


    DATED:  Honolulu, Hawai'i, August 23 2022.


                              /s/ Kimberly T. Guidry
                              KIMBERLY T. GUIDRY
                              Solicitor General of the State of Hawai'i

                              Attorneys for STATE OF HAWAI'I;
                              DAVID Y. IGE, in his official capacity as
                              Governor of the State of Hawai'i; and
                              HOLLY T. SHIKADA, in her official
                              capacity as Attorney General of the State of
                              Hawai'i

2