HOLLY T. SHIKADA          4017
Attorney General of the State of Hawaiʻi

KIMBERLY T. GUIDRY       7919
Solicitor General of the State of Hawaiʻi
ROBERT T. NAKATSUJI       6743
NICHOLAS M. MCLEAN      10676
Deputy Attorneys General
Dept. of the Attorney General
425 Queen Street
Honolulu, Hawaiʻi 96813

Attorneys for STATE OF HAWAIʻI;
DAVID Y. IGE, in his official capacity as
Governor of the State of Hawaiʻi; and
HOLLY T. SHIKADA, in her official capacity
as Attorney General of the State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| GEORGE K. YOUNG,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF HAWAIʻI; DAVID Y. IGE, in his capacity as Governor of the State of Hawaiʻi; HOLLY T. SHIKADA, in her capacity as Attorney General of the State of Hawaiʻi; COUNTY OF HAWAIʻI; WILLIAM P. KENOI, in his capacity as Mayor of the County of Hawaiʻi; HILO COUNTY POLICE DEPARTMENT; HARRY S. KUBOJIRI, in his capacity as Chief of Police; JOHN DOES 1-25; | CIVIL NO. CV 12-00336 HG-BMK<br><br>NOTICE OF APPEARANCE; CERTIFICATE OF SERVICE<br><br>Judge: Hon. Helen Gillmor |

| |
|---|
| JANE DOES 1-25; CORPORATIONS 1-5; and DOE ENTITIES 1-5,<br><br>      Defendants. |

## NOTICE OF APPEARANCE OF COUNSEL

Deputy Attorney General NICHOLAS M. MCLEAN hereby enters his appearance as counsel for State of Hawaiʻi, David Y. Ige, in his official capacity as Governor of the State of Hawaiʻi, and Holly T. Shikada, in her official capacity as Attorney General of the State of Hawaiʻi.[1]

By this notice, appearing counsel requests that his name be added to the docket for this case and that he be included in all future correspondence and pleadings.  His address, phone number and email address are:

>Nicholas M. Mclean
>Deputy Attorney General
>Department of the Attorney General
>425 Queen Street
>Honolulu, Hawaiʻi 96813
>Tel:  (808) 586-1360
>E-mail:  nicholas.mclean@hawaii.gov

Neither this notice of appearance nor any subsequent appearance, pleading, claim, suit, or other filing is intended to waive any rights, including any right to

---

[1] In accordance with Rule 25(d) of the Federal Rules of Civil Procedure, Governor David Y. Ige is automatically substituted for former Governor Neil Abercrombie and Attorney General Holly T. Shikada is automatically substituted for former Attorney General David M. Louie.

challenge the jurisdiction of the Court pursuant to the Eleventh Amendment to the United States Constitution, state sovereign immunity, or any other rights, claims, actions, or defenses to which Defendant is or may be entitled in law or in equity, all of which are hereby expressly reserved.

DATED: Honolulu, Hawaiʻi, August 23, 2022.

/s/ Nicholas M. McLean
NICHOLAS M. MCLEAN
Deputy Attorney General

Attorney for STATE OF HAWAIʻI; DAVID Y. IGE, in his official capacity as Governor of the State of Hawaiʻi; and HOLLY T. SHIKADA, in her official capacity as Attorney General of the State of Hawaiʻi