UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 29 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GEORGE K. YOUNG, Jr.,<br><br>       Plaintiff - Appellant,<br><br>  v.<br><br>STATE OF HAWAII; et al.,<br><br>       Defendants - Appellees. | No. 12-17808<br><br>D.C. No. 1:12-cv-00336-HG-BMK<br>U.S. District Court for Hawaii,<br>Honolulu<br><br>**MANDATE** |

The judgment of this Court, entered August 19, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: David J. Vignol
Deputy Clerk
Ninth Circuit Rule 27-7