Mitchell D. Roth
*Mayor*



Elizabeth A. Strance
*Corporation Counsel*

J S. Yoshimoto
*Assistant Corporation Counsel*

# COUNTY OF HAWAIʻI
## OFFICE OF THE CORPORATION COUNSEL
101 Aupuni Street, Suite 325  •  Hilo, Hawaiʻi  96720  •  Phone (808) 961-8251  •  Fax (808) 961-8622

September 20, 2022

The Honorable Helen Gillmor
United States District Court
District of Hawaiʻi
300 Ala Moana Blvd., C-338
Honolulu, HI 96850

Re:   *Young v. Hawaii et al.*, Civil No. 12-cv-00336-HG

Dear Judge Gillmor:

On August 19, 2022, the United States Court of Appeals for the Ninth Circuit remanded this case to the district court for further proceedings. The undersigned have engaged in settlement discussions and the parties have reached a tentative settlement that would resolve all claims, subject to approval by the Hawaiʻi County Council. A decision from the County Council on the proposed settlement is expected by late October 2022.

The parties respectfully request that this Honorable Court continue any scheduled proceedings to a date after November 1, 2022 to permit the Hawaiʻi County Council to issue a decision on the proposed settlement.

Yours Truly,

*/s/ Steven K. Idemoto*
STEVEN K. IDEMOTO
Attorney for the County Defendants

/s/ *Alan A. Beck*
ALAN A. BECK
Attorney for Plaintiff

*/s/ Nicholas M. McLean*
NICHOLAS M. MCLEAN
Attorney for the State Defendants

SKI:lo