ANNE E. LOPEZ                                       7609
   Attorney General of the State of Hawaiʻi
KIMBERLY T. GUIDRY                          7813
ROBERT T. NAKATSUJI                        6743
NICHOLAS M. MCLEAN                      10676
   Deputy Attorneys General
Department of the Attorney
 General, State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi  96813
Tel:  (808) 586-1360
E-mail:  nicholas.mclean@hawaii.gov

Attorneys for Defendants JOSH GREEN, in his official capacity as the Governor of the State of Hawaiʻi, and ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| GEORGE K. YOUNG, | No. 1:12-cv-00336 HG-BMK |
|---|---|
| Plaintiff, | **NOTICE OF SUBSTITUTION UNDER FRCP RULE 25(d); CERTIFICATE OF SERVICE** |
| v. | |
| STATE OF HAWAIʻI *et al.*, | District Judge: |
| Defendants. | Hon. Helen Gillmor |

# NOTICE OF SUBSTITUTION UNDER FRCP RULE 25(d)

This action names the Governor and Attorney General in their official capacities.  At noon on December 5, 2022, Governor Josh Green succeeded former Governor David Y. Ige, and Attorney General Anne E. Lopez succeeded former Attorney General Holly T. Shikada.  Pursuant to Fed. R. Civ. P. Rule 25(d), "when a public officer who is a party in an official capacity" leaves office while an action is pending, "[t]he officer's successor is automatically substituted as a party."  "The court may order substitution at any time, but the absence of such an order does not affect the substitution."  *Id*.

DATED:  Honolulu, Hawaiʻi, December 5, 2022.

ANNE E. LOPEZ
Attorney General of the State of Hawaiʻi

 */s/ Nicholas M. McLean*
JOHN H. PRICE
KIMBERLY T. GUIDRY
KALIKOʻONĀLANI D. FERNANDES
NICHOLAS M. MCLEAN
   Deputy Attorneys General

Attorneys for Defendants JOSH GREEN, in his official capacity as the Governor of the State of Hawaiʻi, and ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| GEORGE K. YOUNG,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF HAWAIʻI *et al.*,<br><br>　　　　　　Defendants. | No. 1:12-cv-00336 HG-BMK<br><br>**CERTIFICATE OF SERVICE**<br><br><u>District Judge</u>:<br>Hon. Helen Gillmor |

## **CERTIFICATE OF SERVICE**

　　　I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system upon the following:

ALAN ALEXANDER BECK, ESQ.
2692 Harcourt Drive
San Diego, California  92123
E-mail:　　alan.alexander.beck@gmail.com

Attorney for Plaintiff GEORGE K.YOUNG

STEVEN K. IDEMOTO, ESQ.
Office of the Corporation Counsel
333 Kilaue Avenue, 2nd Floor
Hilo, Hawaiʻi  96720
Tel: (808) 961-8251
E-mail:　　steven.idemoto@hawaiicounty.gov

Attorneys for the County Defendants

1

DATED: Honolulu, Hawaiʻi, December 5, 2022.

        ANNE E. LOPEZ
        Attorney General of the State of Hawaiʻi

        */s/ Nicholas M. McLean*
        JOHN H. PRICE
        KIMBERLY T. GUIDRY
        NICHOLAS M. MCLEAN
          Deputy Attorneys General

        Attorneys for Defendants JOSH GREEN, in his official capacity as the Governor of the State of Hawaiʻi, and ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi