UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| GEORGE K. YOUNG, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF HAWAIʻI *et al.*, <br><br> Defendants. | CIVIL NO. CV 12-00336 HG-BMK <br><br> STIPULATION TO DISMISS WITH PREJUDICE; ORDER <br><br> Judge:  Hon. Helen Gillmor |

**STIPULATION TO DISMISS WITH PREJUDICE; ORDER**

IT IS HEREBY STIPULATED by and between all parties who have appeared in this action, by their respective counsel, that this action is dismissed with prejudice.  By separate settlement agreement, a resolution of all claims for damages, attorneys' fees, and costs has been reached.  Except as expressly provided in the settlement agreement, the parties are to bear their own attorneys' fees and costs.

There are no remaining parties and/or issues.  All claims and parties are dismissed.

This stipulation is based on Rule 41(a) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules and has been signed by counsel for all parties who have made an appearance in this action.

DATED: Hilo, Hawaiʻi, December 15, 2022.

/s/ Steven K. Idemoto
STEVEN K. IDEMOTO
Counsel for Defendants WILLIAM P. KENOI, in his capacity as Mayor of the County of Hawaii, and HARRY S. KUBOJIRI, in his capacity as Chief of Police

DATED: Honolulu, Hawaiʻi, December 15, 2022.

/s/ Nicholas M. McLean
NICHOLAS M. McLEAN
Counsel for Defendants STATE OF HAWAIʻI; JOSH GREEN, in his capacity as Governor of the State of Hawaiʻi; and ANNE E. LOPEZ, in her capacity as Attorney General of the State of Hawaiʻi

DATED: San Diego, California, December 15, 2022.

/s/ Alan Alexander Beck
ALAN ALEXANDER BECK
Counsel for Plaintiff

APPROVED AND SO ORDERED.
DATED: Honolulu, Hawaii, December 15, 2022.

Helen Gillmor
United States District Judge

*Young v. Hawaii, et al.*; Civil No. 1:12-cv-00336-HG-BMK; United States District Court for the District of Hawaiʻi; STIPULATION TO DISMISS WITH PREJUDICE; ORDER